# In The United States Court of Federal Claims

## Cover Sheet

07-625 T

Plaintiff(s) or Petitioner(s)

KISLEV PARTNERS, L.P., by and through Nesim Bahar, a partner other than the Tax Member Partner

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: (See RCFC 83.1(c)) N. Jerold Cohen

Firm Name: Sutherland Asbill & Brennan, LLP

Post Office Box:

Street Address: 999 Peachtree Street, N.E., Suite 2300

City-State-Zip: Atlanta, GA 30309

Telephone & Facsimile Numbers: 404 853-8032

E-mail address: jerry.cohen@sablaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 2 0

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: T R E

See attached Sheet for three digit code.

Amount Claimed: $ 9,500.00

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005