***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| KISLEV PARTNER, L.P., by and Through NESIM BAHAR, a Partner Other than the Tax Matters Partner, | ) | |
| Plaintiff | ) | |
| v. | ) | **No. 07-625 T** |
| | ) | **(Judge Mary Ellen Coster Williams)** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: October 4, 2007

s/David R. House

David R. House, Esquire
U.S. Department Justice Department
Tax Division
Court of Federal Claims Section
202-307-0503
Fax: (202) 514-9440
David.R.House@usdoj.gov