# In the United States Court of Federal Claims

**No. 07-625T**

**(Filed October 17, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **KISLEV PARTNERS, L.P.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * ** * * * * | |

---

## ORDER GRANTING DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

---

On October 15, 2007, Defendant filed a motion for an enlargement of time of 60 days, to and including **December 21, 2007**, within which to file its answer or other response to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
MARY ELLEN COSTER WILLIAMS
Judge