IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-625 T

(Judge Mary Ellen Coster Williams)

KISLEV PARTNERS, L.P., by and Through NESIM BAHAR,
a Partner Other than the Tax Matters Partner,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 60 days from December 21, 2007, to February 19, 2008, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiff has no objections to the requested 60-day extension. This is the second such enlargement requested, the first being for a period of 60 days.

In support of this motion, the defendant states the following:

Plaintiff filed its complaint in this matter on August 22, 2007. The files necessary to reply to plaintiff's complaint have been ordered, but not yet received by the Government's trial counsel. Because of the nature of the issues presented by this case, various components of both the Office of Chief Counsel, Internal Revenue Service, and the Department of Justice must coordinate in the preparation of the response to plaintiff's complaint. The additional time

requested is required to allow for review of the administrative files and defense recommendation, and for the coordination within the Department of Justice on preparation of the appropriate response to plaintiff's complaint.

WHEREFORE, the defendant prays that its motion for an 60-day extension of time to respond to plaintiff's complaint be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)
David.R.House@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims

s/Steven I. Frahm