# In the United States Court of Federal Claims

**No. 07-625T**

**(Filed December 17, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**KISLEV PARTNERS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

On December 17, 2007, Defendant filed an unopposed motion for an enlargement of time of 60 days, to and including **February 19, 2008**, within which to file its answer or other response to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
MARY ELLEN COSTER WILLIAMS
Judge