**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

KISLEV PARTNERS, L.P.,
by and through Nesim Bahar,
A Partner Other Than the Tax Matters Partner

Plaintiff,

v.

United States of America,

Defendant.

No. 07-625

Judge Mary Ellen Coster Williams

**REPLY TO DEFENDANT'S ANSWER**

The defendant, the United States, filed an answer to plaintiff's complaint in the above-captioned matter in which it denied, in paragraphs 5 and 9, that the plaintiff had satisfied the jurisdictional deposit requirement of 26 U.S.C. § 6226(e)(1). The denial does not constitute a counterclaim, offset, or plea of fraud pursuant to Rule 7 of the United States Court of Federal Claims, and thus the plaintiff would not otherwise file a reply. To prevent an inadvertent admission, however, the plaintiff hereby makes a protective reply, denying the defendant's assertion that the plaintiff has not satisfied the jurisdictional deposit requirement of 26 U.S.C. § 6226(e)(1).

Dated: March 7, 2008

Respectfully submitted,

s/ N. Jerold Cohen__________

N. Jerold Cohen
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8038
Fax: (404) 853-8806
Attorney for Plaintiff

OF COUNSEL:

Lewis S. Wiener
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Tel: (202) 383-0140
Fax: (202) 637-3593

Amanda F. Wilson
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8150
Fax: (404) 853-8806

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiff's Reply to Defendant's Answer has been made on March 7, 2008 via the Court's CM/ECF system to:

David R. House
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
David.R.House@usdoj.gov

s/ N. Jerold Cohen_______
N. Jerold Cohen