# In the United States Court of Federal Claims

**No. 07-625T**
**(Filed: May 1, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**KISLEV PARTNERS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

Pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the Court held a telephonic conference with the parties on April 24, 2008, to set a schedule. In accordance with the representations made by the parties during the conference, the Court schedules the following:

1. Defendant shall file its motion to dismiss no later than **May 16, 2008**.

2. Plaintiff's response to Defendant's motion to dismiss shall be filed by **June 26, 2008**. Defendant's reply shall be filed by **July 14, 2008**.

3. Oral argument on Defendant's motion to dismiss is scheduled for **July 17, 2008, at 2:00 p.m. EST.** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designated will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**