**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KISLEV PARTNERS, L.P.,<br>by and through Nesim Bahar,<br>A Partner Other Than the Tax Matters Partner<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 07-625<br><br>Judge Mary Ellen Coster Williams |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

Plaintiff moves, pursuant to RCFC 15(a), for leave to amend its complaint to revise the manner in which Plaintiff reported the loss from the conversion of euros to United States dollars in 2002. An amended complaint is lodged herewith. Plaintiff realizes that pursuant to RCFC 15(a) a plaintiff may only amend its pleading with leave of the Court. Plaintiff respectfully requests that the Court grant this motion. Counsel for Plaintiff discussed this motion with counsel for Defendant on May 12, 2008, and he has no objection to Plaintiff's motion.

In support thereof, Plaintiff states as follows:

1. At the time that it filed Forms 1065 for the tax years 2002 through 2006, Plaintiff believed that Section 704(d) of the Internal Revenue Code of 1986, as amended (the "Code"), required the partnership to defer the recognition of the $140,636,109 loss recognized by the partnership in 2002 until the partners had sufficient basis in their partnership interest to utilize the loss. Code Section 704(d) provides that a partner's distributive share of partnership loss shall

be allowed only to the extent of the adjusted basis of such partner's interests in the partnership. Any excess loss is deferred until the partner has sufficient basis in its partnership interest to claim the loss.

2. As of the close of the 2002 taxable year, the Kislev partners' distributive shares of the loss from the conversion of the euros was limited by Code Section 704(d). Consequently, on its 2002 Form 1065, Plaintiff reported a loss of $6,551,884 on Schedule K, line 7 and reported a deferred loss of $134,084,225 in Statement 5 to Schedule L, Line 13.

3. The partnership generated income in later years that increased the partners' bases in their partnership interests and the partnership reported a portion of the 2002 deferred loss on Lines 7 or 11 of the Schedules K attached to each year's Form 1065. Thus the partnership claimed $41,654,091 of the 2002 loss on its 2003 Form 1065, $32,766,807 on its 2004 Form 1065, $8,124,889 on its 2005 Form 1065, and $30,065,207 on its 2006 Form 1065. Plaintiff claimed $41,654,091 of the 2002 loss on its 2003 Form 1065, $32,766,807 on its 2004 Form 1065, $8,124,889 on its 2005 Form 1065, and $30,065,207 on its 2006 Form 1065.

4. Plaintiff now believes that, although it does not affect the tax reported by the partners, it is more appropriate to report the entire $140,636,109 of loss on Line 7 of the Schedule K attached to its 2002 Form 1065. Plaintiff will file amended returns for any succeeding tax years in which any portion of the 2002 loss was reported by the partnership.

5. Plaintiff will consult with Defendant regarding the effect of its amended Complaint on the pending motion before the Court as provided in the parties joint status report dated April 11, 2008.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that its Motion for Leave to Amend Its Complaint be granted.

Respectfully submitted this 14th day of May, 2008.

Respectfully submitted,

s/ N. Jerold Cohen__________

N. Jerold Cohen
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8038
Fax: (404) 853-8806
Attorney for Plaintiff

OF COUNSEL:

Lewis S. Wiener
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Tel: (202) 383-0140
Fax: (202) 637-3593

Amanda F. Wilson
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8150
Fax: (404) 853-8806

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiff's Reply to Defendant's Answer has been made on May 14, 2008 via the Court's CM/ECF system to:

David R. House
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
David.R.House@usdoj.gov

s/ N. Jerold Cohen________
N. Jerold Cohen