2926530601908

Form **1065**  Department of the Treasury Internal Revenue Service
**U.S. Return of Partnership Income**  **2002**
► See separate instructions.
IRS use only — Do not write or staple in this space.

For calendar year 2002, or tax year beginning  11/01 , 2002, and ending  12/31 , 20 02 .
OMB No. 1545-0099

| A Principal business activity | Use the IRS label. Otherwise, print or type. | KISLEV PARTNERS, L.P. C/O ALEXICO MGMT, 150 EAST 58TH STREET NEW YORK, NY 10155 | D Employer identification number 98-0174122 |
|---|---|---|---|
| INVEST/REAL EST | | | |
| B Principal product or service | | | E Date business started |
| INVEST/REAL EST | | | 12/03/1996  1996/2 |
| C Business code number | | | F Total assets (see instrs) |
| 523900 | | | $ 135,772,173. |

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
H Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year......► 3

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**

| 1a | Gross receipts or sales | 1a | | | |
| | b Less returns and allowances | 1b | | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | |
| 7 | Other income (loss) (attach schedule) | | | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | |

**Deductions** (see instructions for limitations)

| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest | 15 | 3,870. |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| 18 | Retirement plans, etc | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach schedule)  SEE STATEMENT 1 | 20 | 41. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 3,911. |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | 22 | (-3,911.) |

RECEIVED OCT 29 2003 OGDEN, UT IRS-OSC

101503

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

► [signature]   Date ► 10/15/03
Signature of general partner or limited liability company member

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature ► [signature] | Date 10/15/03 | Check if self-employed ► ☐ | Preparer's SSN or PTIN ▮▮▮ |
| Firm's name (or yours if self-employed), address, and ZIP code ► | DAVIS GRABER & NASBERG LLP 150 EAST 58TH STREET, 20TH FLOOR NEW YORK, NY 10155 | | EIN ► 13-3797691 Phone no. (212) 230-2600 |

BAA For Paperwork Reduction Act Notice, see separate instructions.   PTPA0105L 12/27/02   Form **1065** (2002)

GOVERNMENT EXHIBIT 1

Gov Exh 1, Pg.1

Form 1065 (2002)  KISLEV PARTNERS, L.P.  98-0174122                                    Page 2

### Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases less cost of items withdrawn for personal use | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs *(attach schedule)* | 4 |
| 5 | Other costs *(attach schedule)* | 5 |
| 6 | **Total.** Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9a Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶ _____

b Check this box if there was a writedown of 'subnormal' goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
  If 'Yes', attach explanation.

### Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership   b ☒ Domestic limited partnership<br>c ☐ Domestic limited liability company   d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership   f ☐ Other ▶ _____ | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If 'Yes,' see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; **and**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If 'Yes,' the partnership may have to file Forms 8804, 8805 and 8813. See instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2002, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If 'Yes,' enter the name of the foreign country. ▶ _____ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520. See instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If 'Yes,' you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described in the instructions under **Elections Made By the Partnership** | | X |
| 12 | Enter the number of **Forms 8865,** Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | |

### Designation of Tax Matters Partner (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ IZAK SENBAHAR      Identifying number of TMP ▶ ███████

Address of designated TMP ▶ C/O ALEXICO MGMT.  150 E 58TH STREET
NEW YORK, NY 10155

PTPA0112L 12/27/02                                   Form **1065** (2002)

**Gov Exh 1, Pg.2**

Form 1065 (2002)  KISLEV PARTNERS, L.P.  98-0174122  Page **3**

| Schedule K | Partners' Shares of Income, Credits, Deductions, etc | | |
|---|---|---|---|
| | (a) Distributive share items | | (b) Total amount |

| | | | | |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | -3,911. |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3a | Gross income from other rental activities ........ **3a** | | |
| | b | Expenses from other rental activities (attach sch) .... **3b** | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss):  a Interest income | 4a | 2,646. |
| | b | Ordinary dividends | 4b | |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e (1) | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e (1) | |
| | (2) | 28% rate gain (loss) ▶ _____ (3) Qualified 5-year gain ▶ _____ | | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 | Guaranteed payments to partners | 5 | |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | |
| | 7 | Other income (loss) .................. SEE STATEMENT 2 | 7 | -6,551,884. |
| **Deductions** | 8 | Charitable contributions (attach schedule) | 8 | |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (itemize) | 10 | |
| | 11 | Other deductions | 11 | |
| **Credits** | 12a | Low-income housing credit: | | |
| | | (1) From partnerships to which section 42(j)(5) applies | 12a (1) | |
| | | (2) Other than on line 12a(1) | 12a (2) | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits | 13 | |
| **Investment Interest** | 14a | Interest expense on investment debts | 14a | |
| | b (1) | Investment income included on lines 4a, 4b, 4c, and 4f above | 14b (1) | 2,646. |
| | (2) | Investment expenses included on line 10 above | 14b (2) | |
| **Self-Employment** | 15a | Net earnings (loss) from self-employment | 15a | |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income | 15c | |
| **Adjustments and Tax Preference Items** | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d (1) | Gross income from oil, gas, and geothermal properties | 16d (1) | |
| | (2) | Deductions allocable to oil, gas, and geothermal properties | 16d (2) | |
| | e | Other adjmnts & tax pref items | 16e | |
| **Foreign Taxes** | 17a | Name of foreign country or U.S. possession ▶ _____ | | |
| | b | Gross income from all sources | 17b | |
| | c | Gross income sourced at partner level | 17c | |
| | d | Foreign gross income sourced at partnership level: | | |
| | | (1) Passive ▶ _____ (2) Listed categories (attach sch) ▶ _____ (3) General limitation ▶ | 17d (3) | |
| | e | Deductions allocated and apportioned at partner level: | | |
| | | (1) Interest expense ▶ _____ (2) Other | 17e (2) | |
| | f | Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | | (1) Passive ▶ _____ (2) Listed categories (attach sch) ▶ _____ (3) General limitation ▶ | 17f (3) | |
| | g | Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued | 17g | |
| | h | Reduction in taxes available for credit (attach schedule) | 17h | |
| **Other** | 18 | Section 59(e)(2) expenditures:  a Type ▶ _____  b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses | 21 | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items and amounts required to be reported separately to partners (attach schedule) | | |

BAA                                                                          Form **1065** (2002)

PTPA0134L  08/13/02

**Gov Exh 1, Pg.3**

Form 1065 (2002)   KISLEV PARTNERS, L.P. 98-0174122   Page **4**

### Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b........ **1**  -6,553,149.

**2** Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -5,897,835. | | -655,314. | | |

Note: schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered 'Yes.'

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | 1,001,442. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) SEE ST. 3 | | 200,000. | | 525,000. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) SEE ST. 4 | | 142,033,583. | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) SEE ST. 5 | | | | 134,245,731. |
| 14 Total assets | | 142,233,583. | | 135,772,173. |

**Liabilities and Capital**

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 15 Accounts payable | | | | 91,739. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach sch) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | 142,233,583. | | 135,680,434. |
| 22 Total liabilities and capital | | 142,233,583. | | 135,772,173. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| 1 Net income (loss) per books | -6,553,149. | 6 Income recorded on books this year not included on Schedule K, lines 1 though 7 (itemize): | |
|---|---|---|---|
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | a Tax-exempt interest $ _____ | |
| 3 Guaranteed pmts (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): | | a Depreciation $ _____ | |
| a Depreciation $ _____ | | | |
| b Travel and entertainment $ _____ | | 8 Add lines 6 and 7 | |
| | | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -6,553,149. |
| 5 Add lines 1 through 4 | -6,553,149. | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 Balance at beginning of year | 142,233,583. | 6 Distributions: a Cash | |
|---|---|---|---|
| 2 Capital contributed: a Cash | | b Property | |
| b Property | | 7 Other decreases (itemize): _____ | |
| 3 Net income (loss) per books | -6,553,149. | | |
| 4 Other increases (itemize): _____ | | | |
| | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 135,680,434. | 9 Balance at end of year. Subtract line 8 from line 5 | 135,680,434. |

| Form **8736** (Rev October 2000) Department of the Treasury Internal Revenue Service | **Application for Automatic Extension of Time to File U.S. Return for a Partnership, REMIC, or for Certain Trusts** ► File a separate application for each return. | OMB No. 1545-1054 |
|---|---|---|

| Please type or print. File by the due date for filing the return for which an extension is requested. See instructions. | Name KISLEV PARTNERS, L.P. | Employer Identification number 98-0174122 |
|---|---|---|
| | Number, street, and room or suite no. If a P.O. box, see instructions. C/O ALEXICO MGMT, 150 EAST 58TH STREET | |
| | City or town, state and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. NEW YORK, NY  10155 | |

1  I request an automatic **3-month** extension of time to file (check only one):
   ☐ Form 1041     ☐ Form 1041-QFT     ☒ Form 1065     ☐ Form 1065-B     ☐ Form 1066

2  If the entity does not have an office or place of business in the United States, check this box ............................ ► ☐

3a For calendar year _____, or other tax year beginning  11/01 , 2002 , and ending  12/31 , 2002 .
 b If this tax year is for less than 12 months, check reason:
   ☐ Initial return          ☐ Final return          ☐ Change in accounting period

4  If this extension is requested for Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066, enter the following amounts:

   a Tentative total tax from Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066 (see instructions)............. $ _____ N/A

   b Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit, from Form 1041, Form 1041-QFT, or Form 1065-B (see instructions). REMICs, enter -0-....................... $ _____ N/A

   c **Balance due.** Subtract line 4b from line 4a. If zero or less, enter -0-. Enclose payment, if any, with Form 8736 (see instructions) ........................................................... ► $ _____ N/A

**Caution:** *Interest will be charged on any tax not paid by the regular due date of Forms 1041, 1041-QFT, 1065-B, and 1066 from the due date until the tax is paid.*

BAA  For Paperwork Reduction Act Notice, see separate instructions.                                           Form **8736** (Rev 10-2000)

| Form **8800** (Rev September 2000) Department of the Treasury Internal Revenue Service | **Application for Additional Extension of Time to File U.S. Return for a Partnership, REMIC, or for Certain Trusts** ▶ File a separate application for each return. | OMB No. 1545-1057 |
|---|---|---|

**Please type or print.**

**File the original and one copy by the due date for filing the return for which an extension is requested. See instructions.**

| Name | Employer identification number |
|---|---|
| KISLEV PARTNERS, L.P. | 98-0174122 |
| Number, street, and room or suite number. If a P.O. box, see instructions. | |
| C/O ALEXICO MGMT, 150 EAST 58TH STREET | |
| City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. | |
| NEW YORK, NY   10155 | |

1  I request an additional extension of time until  10/15 ,  2003 , to file (check only one):
   ☐ Form 1041     ☐ Form 1041-QFT     ☒ Form 1065     ☐ Form 1065-B     ☐ Form 1066

2  If the entity does not have an office or place of business in the United States, check this box ............................... ▶ ☐

3a For calendar year 20 ___, or other tax year beginning  11/01 , 20  02 , and ending  12/31 , 20  02

  b If this tax year is for less than 12 months, check reason:  ☐ Initial return   ☐ Final return   ☐ Change in accounting period

4  Explain why the entity needs an extension. All entities filing this form must give an adequate explanation.
   TAXPAYER RESPECTFULLY REQUESTS ADDITIONAL TIME TO GATHER INFORMATION NECESSARY TO
   FILE A COMPLETE AND ACCURATE TAX RETURN.

5  Has the entity filed Form 8736 to request an extension of time to file for this tax year?   ☒ Yes   ☐ No
   If you checked 'No,' we will grant an extension only for undue hardship. Fully explain the hardship on line 4.

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶                                    Title ▶                                    Date ▶

File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.

**Notice to Applicant — To Be Completed by the IRS.**

☐ We **HAVE** approved this application. Please attach this form to the entity's return.

☐ We **HAVE NOT** approved this application. However, we have granted a 10-day grace period to _____. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the entity's return.

☐ We **HAVE NOT** approved this application. After considering the reasons stated in item 4 above, we cannot grant this request for an extension of time to file. We are not granting a 10-day grace period.

☐ We cannot consider this application because it was filed after the due date of the return for which an extension was requested.

☐ Other: _____

                                    By: _____
Director                                                                                    Date

If you want a copy of this form is to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

**Please Type or Print**

| Name |
|---|
| DAVIS GRABER & NASBERG LLP |
| Number, street, and room or suite number (If a P.O. box, see instructions.) |
| 150 EAST 58TH STREET, 20TH FLOOR |
| City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. |
| NEW YORK, NY, 10155 |

BAA  For Paperwork Reduction Act Notice, see separate instructions.                                    Form **8800** (Rev 9-2000)
                                    PTPZ0301L  07/29/02

Gov Exh 1, Pg.6

| 2002 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| CLIENT 3000-28 | KISLEV PARTNERS, L.P. | 98-0174122 |
| 10/13/03 | | 02:47PM |

**STATEMENT 1**
**FORM 1065, LINE 20**
**OTHER DEDUCTIONS**

| | | |
|---|---:|---:|
| BANK CHARGES | $ | 41. |
| | TOTAL $ | 41. |

**STATEMENT 2**
**FORM 1065, SCHEDULE K, LINE 7**
**OTHER INCOME (LOSS)**

| | | |
|---|---:|---:|
| LOSS ON SECTION 988 | $ | -6,551,884. |
| | TOTAL $ | -6,551,884. |

**STATEMENT 3**
**FORM 1065, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| DUE TO/FROM AFFILIATES | $ 0. | $ 325,000. |
| REAL ESTATE DEPOSIT | 200,000. | 200,000. |
| TOTAL | $ 200,000. | $ 525,000. |

**STATEMENT 4**
**FORM 1065, SCHEDULE L, LINE 8**
**OTHER INVESTMENTS**

| | BEGINNING | ENDING |
|---|---:|---:|
| FOREIGN CURRENCY | $ 142033583. | $ 0. |
| TOTAL | $ 142033583. | $ 0. |

**STATEMENT 5**
**FORM 1065, SCHEDULE L, LINE 13**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| DEFFERRED LOSSS DUE TO BASIS LIMIT | $ 0. | $ 134084225. |
| PRODUCTION COSTS | 0. | 161,506. |
| TOTAL | $ 0. | $ 134245731. |

Gov Exh 1, Pg.7

# Schedule K-1
(Form 1065)

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc**

For calendar year 2002 or tax year
beginning 11/01    , 2002, and ending   12/31   , 20 02

OMB No. 1545-0099

**2002**

| Partner's identifying number ▶ 13-4082360 | Partnership's identifying number ▶ 98-0174122 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| BAHAR-USA DEVELOPMENTS, LLC<br>C/O ALEXICO MGMT  150 E 58TH STREET<br>NEW YORK, NY 10155 | KISLEV PARTNERS, L.P.<br>C/O ALEXICO MGMT, 150 EAST 58TH STREET<br>NEW YORK, NY 10155      27 |

A  This partner is a   ☐ general partner   ☒ limited partner
   ☐ limited liability company member
B  What type of entity is this partner? .... ▶ PARTNERSHIP
C  Is this partner a   ☒ domestic or a   ☐ foreign partner?
D  Enter partner's % of:   (i) Before change or termination   (ii) End of year
   Profit sharing .....  _____%  _____ 10 %
   Loss sharing .....   _____%  _____ 10 %
   Ownership of capital..  _____%  _____ 10 %
E  IRS Center where partnership filed return: OGDEN, UT

F  Partner's share of liabilities (see instructions):
   Nonrecourse........................... $ _____
   Qualified nonrecourse financing......... $ _____
   Other................................. $ _____ 9,174.
G  Tax shelter registration number ▶ _____
H  Check here if this partnership is a publicly traded partnership
   as defined in section 469(k)(2)..................... ☐
I  Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 14,223,358. | | -655,314. | | 13,568,044. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary income (loss) from trade or business activities........... | 1 | -391. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2  Net income (loss) from rental real estate activities.................. | 2 | | |
| | 3  Net income (loss) from other rental activities..................... | 3 | | |
| | 4  Portfolio income (loss): | | | |
| | a  Interest........................................... | 4a | 265. | Schedule B, Part I, line 1 |
| | b  Ordinary dividends................................. | 4b | | Schedule B, Part II, line 5 |
| | c  Royalties......................................... | 4c | | Schedule E, Part I, line 4 |
| | d  Net short-term capital gain (loss)..................... | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss)..................... | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss)............................. | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain........................... | 4e(3) | | Line 5 of worksheet for Sch D, line 29 |
| | f  Other portfolio income (loss) (attach schedule)........... | 4f | | Enter on applicable ln of your return |
| | 5  Guaranteed payments to partner..................... | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6  Net section 1231 gain (loss) (other than due to casualty or theft).... | 6 | | |
| | 7  Other income (loss) (attach schedule).......... SEE LINE 25 | 7 | -655,188. | Enter on applicable ln of your return |
| **Deductions** | 8  Charitable contributions (see instructions) (attach schedule)........... | 8 | | Schedule A, line 15 or 16 |
| | 9  Section 179 expense deduction.................... | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10  Deductions related to portfolio income (attach schedule)........... | 10 | | |
| | 11  Other deductions (attach schedule)..................... | 11 | | |
| **Credits** | 12a  Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships..................... | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1)....................... | 12a(2) | | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities........... | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities.......... | 12c | | |
| | d  Credits related to other rental activities....................... | 12d | | |
| | 13  Other credits................................ | 13 | | |

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2002

PTPA0312L   12/27/02

PARTNER 3

**Gov Exh 1, Pg.8**

Schedule **K-1** (Form 1065) 2002  KISLEV PARTNERS, L.P.   98-0174122                                                                 Page **2**

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 265. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments & tax preference items (attach sch) | 16e | | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession . ▶ _____ | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12. |
| **Other** | 18a Section 59(e)(2) expenditures:  a Type ▶ _____ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | |
| | 21 Nondeductible expenses | 21 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed):*

**LINE 7**
**OTHER INCOME (LOSS)**

LOSS ON SECTION 988 .................................................. $  -655,188.
                                                          TOTAL  $  -655,188.

**LINE 25**
**SUPPLEMENTAL INFORMATION**

SUSPENDED SECTION 988 LOSS DUE TO BASIS LIMITATION $14,043,611

SECTION 988 LOSS SUSPENDED DUE TO PARTNER BASIS LIMITATION

PTPA0312L  12/27/02                                                    Schedule **K-1** (Form 1065) 2002

PARTNER 3:  BAHAR-USA DEVELOPMENTS, LLC    13-4082360

**Gov Exh 1, Pg.9**

| Schedule K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, etc | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2002 or tax year beginning 11/01, 2002, and ending 12/31, 20 02 | **2002** |

**Partner's identifying number ▶** 13-4044226  
**Partnership's identifying number ▶** 98-0174122

**Partner's name, address, and ZIP code**  
GAMES LLC  
C/O MACSON 135 WEST 52ND STREET  
NEW YORK, NY 10019

**Partnership's name, address, and ZIP code**  
KISLEV PARTNERS, L.P.  
C/O ALEXICO MGMT, 150 EAST 58TH STREET  
NEW YORK, NY  10155

28

**A** This partner is a ☐ general partner  ☒ limited partner  ☐ limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's % of:  (i) Before change or termination    (ii) End of year
- Profit sharing ..... _____%    45 %
- Loss sharing ..... _____%    45 %
- Ownership of capital ..... _____%    45 %

**E** IRS Center where partnership filed return: OGDEN, UT

**F** Partner's share of liabilities (see instructions):
- Nonrecourse ..... $ _____
- Qualified nonrecourse financing ..... $ _____
- Other ..... $    41,283.

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ..... ☐

**I** Check applicable boxes:  (1) ☐ Final K-1  (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 64,005,112. |  | -2,948,917. |  | 61,056,195. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities ..... | 1 | -1,760. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities ..... | 2 | | |
| | 3 Net income (loss) from other rental activities ..... | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest ..... | 4a | 1,191. | Schedule B, Part I, line 1 |
| | b Ordinary dividends ..... | 4b | | Schedule B, Part II, line 5 |
| | c Royalties ..... | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) ..... | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) ..... | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) ..... | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain ..... | 4e(3) | | Line 5 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) (attach schedule) ..... | 4f | | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner ..... | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) ..... | 6 | | |
| | 7 Other income (loss) (attach schedule) ..... SEE LINE 25 | 7 | -2,948,348. | Enter on applicable ln of your return |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) ..... | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction ..... | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) ..... | 10 | | |
| | 11 Other deductions (attach schedule) ..... | 11 | | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships ..... | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) ..... | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities ..... | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities ..... | 12c | | |
| | d Credits related to other rental activities ..... | 12d | | |
| | 13 Other credits ..... | 13 | | |

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2002

PTPA0312L   12/27/02

PARTNER 2

Schedule K-1 (Form 1065) 2002  KISLEV PARTNERS, L.P.   98-0174122                                    Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 1,191. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments & tax preference items (attach sch) | 16e | | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ _____ | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12. |
| **Other** | 18a Section 59(e)(2) expenditures: a Type ▶ _____ | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | |
| | 21 Nondeductible expenses | 21 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

LINE 7
OTHER INCOME (LOSS)

LOSS ON SECTION 988 .................................................. $ -2,948,348.
                                                          TOTAL $ -2,948,348.

LINE 25
SUPPLEMENTAL INFORMATION

SUSPENDED SECTION LOSS DUE TO BASIS LIMITATION $63,196,249

SECTION 988 LOSS SUSPENDED DUE TO PARTNER BASIS LIMITATION

PTPA0312L  12/27/02                                             Schedule K-1 (Form 1065) 2002

PARTNER 2:  GAMES LLC   13-4044226

Gov Exh 1, Pg.11

| Schedule K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | Partner's Share of Income, Credits, Deductions, etc | OMB No. 1545-0099<br>**2002** |
|---|---|---|

For calendar year 2002 or tax year beginning _____, 2002, and ending 12/31, 20 02

Partner's identifying number ▶ [redacted]    Partnership's identifying number ▶ 98-0174122

Partner's name, address, and ZIP code:
IZAK SENBAHAR
C/O ALEXICO MGMT. 150 E 58TH STREET
NEW YORK, NY 10155

Partnership's name, address, and ZIP code:
KISLEV PARTNERS, L.P.
C/O ALEXICO MGMT, 150 EAST 58TH STREET
NEW YORK, NY 10155

29

**A** This partner is a: [ ] general partner  [X] limited partner  [ ] limited liability company member
**B** What type of entity is this partner? ▶ INDIVIDUAL
**C** Is this partner a [X] domestic or a [ ] foreign partner?
**D** Enter partner's % of:     (i) Before change or termination     (ii) End of year
    Profit sharing ............ _____%     45 %
    Loss sharing ............. _____%     45 %
    Ownership of capital ..  _____%     45 %
**E** IRS Center where partnership filed return: OGDEN, UT

**F** Partner's share of liabilities (see instructions):
    Nonrecourse ....................... $ _____
    Qualified nonrecourse financing .... $ _____
    Other .............................. $   41,282.
**G** Tax shelter registration number ▶ _____
**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ........ [ ]
**I** Check applicable boxes: (1) [ ] Final K-1  (2) [ ] Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 64,005,113. | | -2,948,918. | | 61,056,195. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | -1,760. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 1,190. | Schedule B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Schedule B, Part II, line 5 |
| | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 5 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) SEE LINE 25 | 7 | -2,948,348. | Enter on applicable ln of your return |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule **K-1** (Form 1065) 2002

PTPA0312L  12/27/02

PARTNER 1

Schedule K-1 (Form 1065) 2002  KISLEV PARTNERS, L.P.  98-0174122  Page 2

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Investment Interest** | 14a Interest expense on investment debts | 14a | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1)  1,190. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | |
| **Self-employment** | 15a Net earnings (loss) from self-employment | 15a | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | 16a | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments & tax preference items (attach sch) | 16e | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ _____ | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive | 17d(1) | |
| | (2) Listed categories (attach schedule) | 17d(2) | |
| | (3) General limitation | 17d(3) | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense | 17e(1) | |
| | (2) Other | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive | 17f(1) | |
| | (2) Listed categories (attach schedule) | 17f(2) | |
| | (3) General limitation | 17f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | Form 1116, line 12. |
| **Other** | 18a Section 59(e)(2) expenditures: a Type ▶ _____ | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | |
| | 19 Tax-exempt interest income | 19 | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22 Distributions of money (cash and marketable securities) | 22 | |
| | 23 Distributions of property other than money | 23 | |
| | 24 Recapture of low-income housing credit: | | |
| | a From section 42(j)(5) partnerships | 24a | Form 8611, line 8 |
| | b Other than on line 24a | 24b | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

LINE 7
OTHER INCOME (LOSS)

LOSS ON SECTION 988 .................................................. $  -2,948,348.
                                                       TOTAL  $  -2,948,348.

LINE 25
SUPPLEMENTAL INFORMATION

SUSPENDED SECTIN 988 LOSS DUE TO BASIS LIMITATION $63,219,249

SECTION 988 LOSS SUSPENDED DUE TO PARTNER BASIS LIMITATION

PTPA0312L  12/27/02                                Schedule K-1 (Form 1065) 2002

PARTNER 1:  IZAK SENBAHAR

Gov Exh 1, Pg.13