# Form 1040 — U.S. Individual Income Tax Return 2002

Department of the Treasury — Internal Revenue Service

(99) IRS use only — Do not write or staple in this space.

0822130175314

For the year Jan 1 - Dec 31, 2002, or other tax year beginning _____, 2002, ending _____, 20____   OMB No. 1545-0074

**Label** (See instructions.)

Your first name: **NESIM**   MI: ___   Last name: **BAHAR**

Your social security number: [redacted]

If a joint return, spouse's first name: ___  MI: ___  Last name: ___

Spouse's social security number: ___

Home address (number and street). If you have a P.O. box, see instructions. ___  Apartment no. ___

City, town or post office. If you have a foreign address, see instructions: **NEW YORK**   State: **NY**   ZIP code: **10021**

▲ **Important!** ▲
You **must** enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ........▶

You: [ ] Yes  [X] No     Spouse: [ ] Yes  [ ] No

## Filing Status — Check only one box.

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here. ▶ _____
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ _____
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ ____). (See instructions.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a..............

6b [ ] **Spouse**..............

No. of boxes checked on 6a and 6b..... **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

(RECEIVED IRS  OCT 21 2003 stamp)

No. of children on 6c who:
• lived with you ....
• did not live with you due to divorce or separation (see instrs) ....
Dependents on 6c not entered above ....

d Total number of exemptions claimed .....................

Add numbers on lines above ▶ **1**

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 100,000. |
| 8a | Taxable interest. Attach Schedule B if required | 1,596. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | (-5,353.) |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | 64,101. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions .....  15a ____ b Taxable amount (see instrs) | 15b |
| 16a | Pensions and annuities ...  16a ____ b Taxable amount (see instrs) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | (-75,298.) |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ...  20a ____ b Taxable amount (see instrs) | 20b |
| 21 | Other income  SEE STATEMENT 1 | (-729,272.) |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | (-644,226.) |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | 23 |
| 24 | IRA deduction (see instructions) | 24 |
| 25 | Student loan interest deduction (see instructions) | 25 |
| 26 | Tuition and fees deduction (see instructions) | 26 |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 |
| 28 | Moving expenses. Attach Form 3903 | 28 |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 |
| 30 | Self-employed health insurance deduction (see instructions) | 30 |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 |
| 32 | Penalty on early withdrawal of savings | 32 |
| 33a | Alimony paid  b Recipient's SSN ▶ ____ | 33a |
| 34 | Add lines 23 through 33a | 0 |
| 35 | Subtract line 34 from line 22. This is your **adjusted gross income** ▶ | (-644,226.) |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112L 12/26/02   Form 1040 (2002)

**GOVERNMENT EXHIBIT 3**

Gov Exh 3, Pg. 1

| Form **2688** | Application for Additional Extension of Time to File U.S. Individual Income Tax Return | OMB No. 1545-0066 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See instructions.  ► You must complete all items that apply to you. | **2002** |

| Please type or print. File by the due date for filing your return. | Your first name: NESIM | MI | Last name: BAHAR | | Your social security number |
| | If a joint return, spouse's first name | MI | Last name | | Spouse's social security number |
| | Home address (number and street) | | | | |
| | City, town or post office: NEW YORK, NY 10021 | | State | ZIP Code | |

**Please fill in the Return Label at the bottom of this page.**

1. I request an extension of time until __10/15/2003__, to file Form 1040EZ, Form 1040A, Form 1040, Form 1040NR-EZ, or Form 1040NR for the calendar year 2002, or other tax year ending _____.

2. Explain why you need an extension. You must give an adequate explanation..........►
TAXPAYER RESPECTFULLY REQUESTS ADDITIONAL TIME TO GATHER INFORMATION NECESSARY TO FILE A COMPLETE AND ACCURATE TAX RETURN.

3. Have you filed Form 4868 to request an automatic extension of time to file for this tax year?........... [X] Yes  [ ] No
   If you checked 'No,' we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

**If you expect to file a gift or generation-skipping transfer (GST) tax return, complete line 4.**

4. If you or your spouse plan to file a gift or GST tax return (Form 709 or 709-A) for 2002, generally due by April 15, 2003, see the instructions and check here........................... Yourself ► [ ]  Spouse ► [ ]

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ► _____   Date ► _____

Signature of spouse ► _____   Date ► _____
(if filing jointly, **both** must sign even if only one had income)

Signature of preparer other than taxpayer ► _____   Date ► _____

Please fill in the **Return Label** below with your name, address, and social security number. The IRS will complete the **Notice to Applicant** and return it to you. If you want it sent to another address or to an agent acting for you, enter the other address and add the agent's name.

(Do not detach)

**Notice to Applicant To Be Completed by the IRS**

[ ] We **have** approved your application.
[ ] We **have not** approved your application. However, we have granted a 10-day grace period to _____. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return.
[ ] We **have not** approved your application. After considering the information you provided in item 2 above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.
[ ] We cannot consider your application because it was filed after the due date of your return.
[ ] Other _____

Director _____   Date _____

**Return Label (Please type or print)**

Taxpayer's name (and agent's name, if applicable). If a joint return, also give spouse's name.
NESIM BAHAR
DAVIS GRABER & NASBERG LLP
Number and street (include suite, room, or apt no.) or P.O. box number
150 EAST 58TH STREET, 20TH FLOOR
City, town or post office: NEW YORK, NY 10155

Taxpayer's social security number
Spouse's social security number

Agents: Always include taxpayer's name on return label.

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   FDIA3401L 09/03/02   Form 2688 (2002)

**Gov Exh 3, Pg. 2**

| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | OMB No. 1545-0188 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | For calendar year 2002, or other tax year beginning _____, 2002, ending _____ | **2002** |

**Part I   Identification**

1  Your name(s) (see instructions)

NESIM BAHAR
DAVIS GRABER & NASBERG LLP

Address (see instructions)
150 EAST 58TH STREET, 20TH FLOOR

City, town or post office          State   ZIP code
NEW YORK, NY 10155

2  Your social security number       3  Spouse's social security number
[redacted]

**Part II   Complete ONLY If Filing Gift/GST Tax Return**

**Caution:** *Only for gift/GST tax extension! Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.*

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

Check this box ▶ ☐ if **you** are requesting a **Gift or GST tax** return extension.
Check this box ▶ ☐ if **your spouse** is requesting a **Gift or GST tax** return extension.

**Part III   Individual Income Tax**

| 4 | Estimate of total tax liability for 2002 .................. $ | 0. |
|---|---|---|
| 5 | Total 2002 payments ............ | 20,830. |
| 6 | **Balance due.** Subtract 5 from 4 .. | 0. |

**Part IV   Gift/GST Tax** — If you are **not filing** a gift or GST tax return, go to Part V now. See the instructions.

7  Your gift or GST tax payment .... $ _____
8  Your spouse's gift/GST tax payment .................. _____

**Part V   Total**

| 9  | Total liability. Add lines 6, 7, and 8 ..... $ | 0. |
|---|---|---|
| 10 | Amount you are paying .......... ▶ | 0. |

**Confirmation Number**

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records .... ▶

BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                Form **4868** (2002)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ▲ Detach Here ▲ - - - - - - - - - - - - - - - - - - - - - - - - -

MAIL FORM 4868 TO:

INTERNAL REVENUE SERVICE
HOLTSVILLE, NY 00501

FDIA4601L  10/17/02

**Gov Exh 3, Pg. 3**

Form 1040 (2002)   NESIM BAHAR                                                                                         Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 36 Amount from line 35 (adjusted gross income) | 36 | -644,226. |
| | 37a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a ☐ | | |
| **Standard Deduction for —** | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 37b ☐ | | |
| • People who checked any box on line 37a or 37b **or** who can be claimed as a dependent, see instructions. | 38 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 38 | 37,605. |
| | 39 Subtract line 38 from line 36 | 39 | -681,831. |
| | 40 If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet in the instructions | 40 | 3,000. |
| | 41 Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 41 | 0. |
| | 42 Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972 | 42 | 0. |
| • All others: Single, $4,700 | 43 **Alternative minimum tax** (see instructions). Attach Form 6251 | 43 | |
| Head of household, $6,900 | 44 Add lines 42 and 43 ▶ | 44 | 0. |
| | 45 Foreign tax credit. Attach Form 1116 if required ........... 45 | | |
| | 46 Credit for child and dependent care expenses. Attach Form 2441 ........ 46 | | |
| Married filing jointly or Qualifying widow(er), $7,850 | 47 Credit for the elderly or the disabled. Attach Schedule R .... 47 | | |
| | 48 Education credits. Attach Form 8863 ............................ 48 | | |
| | 49 Retirement savings contributions credit. Attach Form 8880 .. 49 | | |
| | 50 Child tax credit (see instructions) ............................ 50 | | |
| Married filing separately, $3,925 | 51 Adoption credit. Attach Form 8839 ............................ 51 | | |
| | 52 Credits from: a ☐ Form 8396  b ☐ Form 8859 ..... 52 | | |
| | 53 Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify _____ | 53 | |
| | 54 Add lines 45 through 53. These are your **total credits** | 54 | |
| | 55 Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 0. |
| **Other Taxes** | 56 Self-employment tax. Attach Schedule SE | 56 | |
| | 57 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| | 58 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 58 | |
| | 59 Advance earned income credit payments from Form(s) W-2 | 59 | |
| | 60 Household employment taxes. Attach Schedule H | 60 | |
| | 61 Add lines 55-60. This is your **total tax** ▶ | 61 | 0. |
| **Payments** | 62 Federal income tax withheld from Forms W-2 and 1099 .... 62   20,055. | | |
| If you have a qualifying child, attach Schedule EIC. | 63 2002 estimated tax payments and amount applied from 2001 return ........ 63 | | |
| | 64 **Earned income credit (EIC)** ............................ NO 64 | | |
| | 65 Excess social security and tier 1 RRTA tax withheld (see instructions) ...... 65    775. | | |
| | 66 Additional child tax credit. Attach Form 8812 ............... 66 | | |
| | 67 Amount paid with request for extension to file (see instructions) ......... 67 | | |
| | 68 Other pmts from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885  68 | | |
| | 69 Add lines 62 through 68. These are your **total payments** ▶ | 69 | 20,830. |
| **Refund** | 70 If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | 70 | 20,830. |
| Direct deposit? See instructions and fill in 71b, 71c, and 71d. | 71a Amount of line 70 you want **refunded to you** ▶ | 71a | 20,830. |
| | ▶ b Routing number ............   ▶ c Type: ☒ Checking  ☐ Savings | | |
| | ▶ d Account number ............ | | |
| | 72 Amount of line 70 you want applied to your 2003 estimated tax ...... ▶ 72 | | |
| **Amount You Owe** | 73 Amount you owe. Subtract line 69 from line 61. For details on how to pay, see instructions | 73 | |
| | 74 Estimated tax penalty (see instructions) ................. 74 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ....... ☒ Yes. Complete the following. ☐ No | | |
| | Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶ | | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature  /s/   Date  10/15/03   Your occupation _____   Daytime phone number (212) 371-8188

Spouse's signature. If a joint return, **both** must sign. ▶   Date   Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ /s/   Date 10/15/03   Check if self-emp ☐
Firm's name (or yours if self-employed), address, and ZIP code ▶ DAVIS GRABER & NASBERG LLP
150 EAST 58TH STREET, 20TH FLOOR
NEW YORK, NY 10155
EIN  13-3797691
Phone no. (212) 230-2600

Form **1040** (2002)

FDIA0112L  12/26/02

**Gov Exh 3, Pg. 4**

# SCHEDULE A (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2002**

Attachment Sequence No. 07

Name(s) shown on Form 1040: **NESIM BAHAR**

Your social security number:

### Medical and Dental Expenses

**Caution.** Do not include expenses reimbursed or paid by others.

| Line | Description | Amount | Total |
|---|---|---|---|
| 1 | Medical and dental expenses (see instructions) | 342. | |
| 2 | Enter amount from Form 1040, line 36 | -644,226. | |
| 3 | Multiply line 2 by 7.5% (.075) | | |
| 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 342. |

### Taxes You Paid (See instructions.)

| Line | Description | Amount | Total |
|---|---|---|---|
| 5 | State and local income taxes | 8,068. | |
| 6 | Real estate taxes (see instructions) | 7,561. | |
| 7 | Personal property taxes | | |
| 8 | Other taxes. List type and amount ► | | |
| 9 | Add lines 5 through 8 | | 15,629. |

### Interest You Paid (See instructions.)

**Note.** Personal interest is not deductible.

| Line | Description | Amount | Total |
|---|---|---|---|
| 10 | Home mtg interest and points reported to you on Form 1098 | 21,634. | |
| 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | |
| 12 | Points not reported to you on Form 1098. See instrs for spcl rules | | |
| 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | | |
| 14 | Add lines 10 through 13 | | 21,634. |

### Gifts to Charity

If you made a gift and got a benefit for it, see instructions.

| Line | Description | Amount | Total |
|---|---|---|---|
| 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | | |
| 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | | |
| 17 | Carryover from prior year | | |
| 18 | Add lines 15 through 17 | | 0. |

### Casualty and Theft Losses

| Line | Description | Total |
|---|---|---|
| 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 0. |

### Job Expenses and Most Other Miscellaneous Deductions (See instructions for expenses to deduct here.)

| Line | Description | Amount | Total |
|---|---|---|---|
| 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See instructions.) ► | | |
| 21 | Tax preparation fees | | |
| 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | | |
| 23 | Add lines 20 through 22 | | |
| 24 | Enter amount from Form 1040, line 36 | | |
| 25 | Multiply line 24 by 2% (.02) | | |
| 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 0. |

### Other Miscellaneous Deductions

| Line | Description | Total |
|---|---|---|
| 27 | Other — from list in the instructions. List type and amount ► | 0. |

### Total Itemized Deductions

28 Is Form 1040, line 36, over $137,300 (over $68,650 if MFS)?

[X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38.

[ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter.

| 28 | 37,605. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301L 10/28/02    Schedule A (Form 1040) 2002

**Gov Exh 3, Pg. 5**

Name(s) shown on Form 1040.  
NESIM BAHAR

Your social security number

## Schedule B — Interest and Ordinary Dividends

08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---:|
| 120 EAST 90 LLC | 10. |
| 400 EAST 51ST ST, LLC | 1,297. |
| CHASE | 24. |
| KISLEV PARTNERS, L.P. | 265. |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2. Add the amounts on line 1 .................... **2** | 1,596.
3. Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815. ............... **3** |
4. Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a .... ▶ **4** | 1,596.

**Note.** If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9.)

5. List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13 .... ▶

Amount

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

6. Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ............... ▶ **6** | 0.

**Note.** If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; OR **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2002, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ................ | | X |
| b If 'Yes,' enter the name of the foreign country. ▶ | | |
| 8 During 2002, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ............... | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0401L  10/25/02    Schedule B (Form 1040) 2002

# SCHEDULE C
## (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss from Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc, must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2002**
Attachment Sequence No. 09

Name of proprietor: **NESIM BAHAR**

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions)
REAL ESTATE

**B** Enter code from instructions ▶ 531310

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ _____
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____
**G** Did you 'materially participate' in the operation of this business during 2002? If 'No,' see instructions for limit on losses. [X] Yes [ ] No
**H** If you started or acquired this business during 2002, check here ▶ [ ]

### Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 19 Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see instructions) | 9 | 20 Rent or lease (see instructions): | | |
| | | | a Vehicles, machinery, and equipment | 20a | |
| | | | b Other business property | 20b | |
| 10 | Car and truck expenses (see instructions) | 10 | 21 Repairs and maintenance | 21 | |
| 11 | Commissions and fees | 11 | 22 Supplies (not included in Part III) | 22 | |
| 12 | Depletion | 12 | 23 Taxes and licenses | 23 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | 24a | 613. |
| | | | b Meals and entertainment | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | c Enter nondeductible amount included on line 24b (see instrs) | | |
| 15 | Insurance (other than health) | 15 | | | |
| 16 | Interest: | | d Subtract line 24c from line 24b | 24d | |
| a | Mortgage (paid to banks, etc) | 16a | 25 Utilities | 25 | |
| b | Other | 16b | 26 Wages (less employment credits) | 26 | |
| 17 | Legal & professional services | 17 | 27 Other expenses (from line 48 on page 2) | 27 | 3,552. |
| 18 | Office expense | 18  1,188. | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | 28 | 5,353. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | 29 | -5,353. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | | | |
| | • If a profit, enter on **Form 1040, line 12,** and **also** on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | | | 31 | -5,353. |
| | • If a loss, you **must** go to line 32. | | | | |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
 • If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
 32a [X] All investment is at risk.
 32b [ ] Some investment is not at risk.
 • If you checked 32b, you **must** attach **Form 6198**.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule **C** (Form 1040) 2002
FDIZ0112L  08/13/02

**Gov Exh 3, Pg. 7**

## Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

## Part IV  Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _

44  Of the total number of miles you drove your vehicle during 2002, enter the number of miles you used your vehicle for:
    a Business _ _ _ _ _ _ _ _ _ _ _     b Commuting _ _ _ _ _ _ _ _ _ _ _     c Other _ _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

  b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

## Part V  Other Expenses. List below business expenses not included on lines 8 – 26 or line 30.

| Description | Amount |
|---|---|
| ACCOUNTING | 2,250. |
| BANK CHARGES | 191. |
| DUES AND SUBSCRIPTIONS | 188. |
| INTERNET CONNECTION | 199. |
| MISCELLANEOUS | 160. |
| TELEPHONE | 564. |
| 48 Total other expenses. Enter here and on page 1, line 27 | 3,552. |

# SCHEDULE D
## (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

## Capital Gains and Losses
► Attach to Form 1040.    ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2002**

Attachment Sequence No. **12**

Name(s) shown on Form 1040: **NESIM BAHAR**

Your social security number: [redacted]

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **1** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| 2  Enter your short-term totals, if any, from Schedule D-1, line 2 | **2** | | | |
| 3  **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) | **3** | | | |
| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | **4** | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | **5** | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2001 Capital Loss Carryover Worksheet | | | **6** | |
| 7  **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) | | | **7** | |

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss)* (see instructions below) |
|---|---|---|---|---|---|---|
| **8** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9  Enter your long-term totals, if any, from Schedule D-1, line 9 | **9** | | | | |
| 10  **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) | **10** | | | | |
| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | **11** | 64,101. | |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | **12** | | |
| 13  Capital gain distributions. See instrs | | | **13** | | |
| 14  Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 2001 Capital Loss Carryover Worksheet | | | **14** | | |
| 15  Combine lines 8 through 14 in column (g) | | | **15** | | |
| 16  **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) | | | **16** | 64,101. | |

Next: Go to Part III on page 2.

* **28% rate gain or loss** includes **all** 'collectibles gains and losses' (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see instructions).

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule D (Form 1040) 2002

FDIA0612L  10/25/02

**Gov Exh 3, Pg. 9**

### Part III — Taxable Gain or Deductible Loss

17  Combine lines 7 and 16 and enter the result. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13, and complete Form 1040 through line 41 .................................................... | **17** | 64,101.

    Next: • If both lines 16 and 17 are **gains** and Form 1040, line 41, is more than zero, complete Part IV below.

        • Otherwise, skip the rest of Schedule D and complete Form 1040.

18  If line 17 is a loss, enter here and on Form 1040, line 13, the **smaller** of (a) that loss or (b) ($3,000) (or, if married filing separately, ($1,500)). Then complete Form 1040 through line 39 ........................... | **18** |

    Next: • If the loss on line 17 is more than the loss on line 18 **or** if Form 1040, line 39, is less than zero, skip **Part IV** below and complete the **Capital Loss Carryover Worksheet** in the instructions before completing the rest of Form 1040.

        • Otherwise, skip **Part IV** below and complete the rest of Form 1040.

### Part IV — Tax Computation Using Maximum Capital Gains Rates

19  Enter your unrecaptured Section 1250 gain, if any, from line 17 of the worksheet in the instructions......... | **19** |

**If line 15 or line 19 is more than zero, complete the worksheet in the instructions to figure the amount to enter on lines 22, 29, and 40 below, and skip all other lines below. Otherwise, go to line 20.**

20  Enter your taxable income from Form 1040, line 41 .......................... | **20** |
21  Enter the **smaller** of line 16 or line 17 of Schedule D ........................................ | **21** |
22  If you are deducting investment interest expense on Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0- ....................... | **22** |
23  Subtract line 22 from line 21. If zero or less, enter -0- ........................ | **23** |
24  Subtract line 23 from line 20. If zero or less, enter -0- ........................ | **24** |
25  Figure the tax on the amount on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies....... | **25** |
26  Enter the **smaller** of:
  • The amount on line 20 **or**
  • $46,700 if married filing jointly or qualifying widow(er);
     $27,950 if single;
     $37,450 if head of household; or
     $23,350 if married filing separately ............... | **26** |

**If line 26 is greater than line 24, go to line 27. Otherwise, skip lines 27 through 33 and go to line 34.**

27  Enter the amount from line 24 .............................................. | **27** |
28  Subtract line 27 from line 26. If zero or less, enter -0- and go to line 34 ......... | **28** |
29  Enter your qualified 5-year gain, if any, from line 8 of the worksheet in the instructions ................ | **29** |
30  Enter the **smaller** of line 28 or line 29 ........................................ | **30** |
31  Multiply line 30 by 8% (.08) ................................................ | **31** |
32  Subtract line 30 from line 28 ................................................ | **32** |
33  Multiply line 32 by 10% (.10) ............................................... | **33** |

**If the amounts on lines 23 and 28 are the same, skip lines 34 through 37 and go to line 38.**

34  Enter the **smaller** of line 20 or line 23 ......................................... | **34** |
35  Enter the amount from line 28 (if line 28 is blank, enter -0-) .................... | **35** |
36  Subtract line 35 from line 34 ................................................ | **36** |
37  Multiply line 36 by 20% (.20) ............................................... | **37** |
38  Add lines 25, 31, 33, and 37 ................................................ | **38** |
39  Figure the tax on the amount on line 20. Use the Tax Table or Tax Rate Schedules, whichever applies...... | **39** |
40  **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 38 or line 39 here and on Form 1040, line 42 ......................................................... | **40** |

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.    Your social security number

NESIM BAHAR

**Note.** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

### Part II — Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity, you **must** check either column **(e)** or **(f)** on line 27 to describe your investment in the activity. See instructions. If you check column **(f)**, you must attach **Form 6198**.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? | |
|---|---|---|---|---|---|---|
| | | | | | (e) All is at risk | (f) Some is not at risk |
| A | SEE STATEMENT 2 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | 4,278. |
| b Totals | | | 79,576. | | |

| 29 | Add columns (h) and (k) of line 28a. | 29 | 4,278. |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b. | 30 | -79,576. |
| 31 | **Total partnership and S corporation income or (loss).** Combine lines 29 and 30. Enter the result here and include in the total on line 40 below. | 31 | -75,298. |

### Part III — Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 | |
| A | | | | | |
| B | | | | | |
| 33a Totals | | | | | |
| b Totals | | | | | |

| 34 | Add columns (d) and (f) of line 33a. | 34 | |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b. | 35 | |
| 36 | **Total estate and trust income or (loss).** Combine lines 34 and 35. Enter the result here and include in the total on line 40 below. | 36 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below. | 38 | |
|---|---|---|---|

### Part V — Summary

| 39 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below. | 39 | |
|---|---|---|---|
| 40 | **Total income or (loss).** Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17. | 40 | -75,298. |
| 41 | **Reconciliation of Farming and Fishing Income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions). | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules. | 42 | -11,197. |

BAA    FDIZ2302L 07/24/02    Schedule E (Form 1040) 2002

Gov Exh 3, Pg. 11

Form **4797**

Department of the Treasury
Internal Revenue Service (99)

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))
► Attach to your tax return.   ► See separate instructions.

OMB No. 1545-0184

**2002**

27

| Name(s) shown on return | Identifying number |
|---|---|
| NESIM BAHAR | |

**1** Enter the gross proceeds from sales or exchanges reported to you for 2002 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions).............. **1**

### Part I   Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (See instructions.)

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| FROM K-1 | | | | | | 64,101. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**3** Gain, if any, from Form 4684, line 39................................................. **3**
**4** Section 1231 gain from installment sales from Form 6252, line 26 or 37............... **4**
**5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824................... **5**
**6** Gain, if any, from line 32, from other than casualty or theft............................ **6**

**7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows................. **7**  64,101.

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6, or Form 1120S, Schedule K, line 5. Skip lines 8, 9, 11, and 12 below.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years (see instructions)............... **8**

**9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on Schedule D (see instructions)........................................ **9**

### Part II   Ordinary Gains and Losses

**10** Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**11** Loss, if any, from line 7............................................................... **11**
**12** Gain, if any, from line 7 or amount from line 8, if applicable........................... **12**
**13** Gain, if any, from line 31............................................................. **13**
**14** Net gain or (loss) from Form 4684, lines 31 and 38a.................................... **14**
**15** Ordinary gain from installment sales from Form 6252, line 25 or 36..................... **15**
**16** Ordinary gain or (loss) from like-kind exchanges from Form 8824........................ **16**
**17** Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions)............... **17**
**18** Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows............ **18**

**a For all except individual returns.** Enter the gain or (loss) from line 18 on the return being filed.
**b For individual returns:**
  **(1)** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18b(1).' See instructions.................................... **18b(1)**

  **(2)** Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14.......................................................... **18b(2)**

BAA  For Paperwork Reduction Act Notice, see instructions.   Form 4797 (2002)

FDIZ1001L  08/28/02

**STATEMENT 1**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---|
| LOSS ON SECTION 988 | $ | -655,188. |
| NET OPERATING LOSS CARRYOVER | | -74,084. |
| | TOTAL $ | -729,272. |

| 2002 | | | FEDERAL STATEMENTS | | | | | | PAGE 2 |
|---|---|---|---|---|---|---|---|---|---|
| CLIENT 7423-01 | | | NESIM BAHAR | | | | | | |
| 10/15/03 | | | | | | | | | 10:54AM |

**STATEMENT 2**
**SCHEDULE E, PAGE 2**
**PART II - INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS**

| NAME | TYPE | X IF FOREIGN | EMPLOYER I.D. NO. | ALL INVEST. AT RISK | SOME INVEST. AT RISK | PTP | PASSIVE LOSS FROM FORM 8582 | PASSIVE INC. FROM SCH. K-1 | NONPASSIVE LOSS FROM SCH. K-1 | SECTION 179 DEDUCTION | NONPASSIVE INCOME FROM K-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KISLEV PARTNERS, L.P. | P | | 98-0174122 | X | | | | | $ 391. | | |
| 400 EAST 51ST ST, LLC | P | | 13-4070755 | X | | | | | 1,464. | | |
| 351 EAST 54 LLC | P | | 13-4072986 | X | | | | | 265. | | |
| 120 EAST 90 LLC | P | | 13-4026408 | X | | | | | 7,189. | | |
| 890 FIRST LLC | P | | 26-0003452 | X | | | | | 18,024. | | |
| 201 EAST 25 LLC | P | | 04-3698001 | | | | | | | | $ 4,278. |
| 200 EAST 27 LLC | P | | 04-3697991 | X | | | | | 52,243. | | |
| | | | | | | TOTAL | $ 0. | $ 0. | $ 79,576. | $ 0. | $ 4,278. |

Gov Exh 3, Pg. 14

| 2002 | GENERAL ELECTIONS | PAGE 1 |
|---|---|---|
| CLIENT 7423-01 | NESIM BAHAR | |
| 10/15/03 | | 10:54AM |

**ELECTION TO WAIVE NET OPERATING LOSS CARRYBACK**

PURSUANT TO IRC SECTION 172(B)(3), THE TAXPAYER HEREBY ELECTS TO RELINQUISH THE ENTIRE CARRYBACK PERIOD WITH RESPECT TO THE NET OPERATING LOSS INCURRED FOR THE TAX YEAR ENDED 12/31/02.