0822129896508

**Form 1040** — Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return 2003** (99) IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2003, or other tax year beginning _____, 2003, ending _____, 20 __

**Label** (See instructions.)
Your first name: NESIM    Last name: BAHAR

**Use the IRS label.** Otherwise, please print or type.

Home address: (blank)

City, town or post office: NEW YORK, NY 10014

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?
You: [ ] Yes  [X] No    Spouse: [ ] Yes  [ ] No

**Filing Status** (Check only one box.)
1 [X] Single
2 [ ] Married filing jointly
3 [ ] Married filing separately
4 [ ] Head of household
5 [ ] Qualifying widow(er)

**Exemptions**
6a [X] Yourself
6b [ ] Spouse
No. of boxes checked on 6a and 6b: 1
d Total number of exemptions claimed: 1

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. | 94,792. |
| 8a | Taxable interest | 630. |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends | |
| 9b | Qualfd divs | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss) | 845. |
| 13a | Capital gain or (loss) | 321,831. |
| 13b | Post-May 5 capital gain distributions | |
| 14 | Other gains or (losses) | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | 3,596,613. |
| 18 | Farm income or (loss) | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income SEE STATEMENT 2 | -4,737,147. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income**. | -722,436. |

SELECTED - FE -, #35

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | IRA deduction | |
| 25 | Student loan interest deduction | |
| 26 | Tuition and fees deduction | |
| 27 | Moving expenses. Attach Form 3903 | |
| 28 | One-half of self-employment tax | 12. |
| 29 | Self-employed health insurance deduction | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | |
| 31 | Penalty on early withdrawal of savings | |
| 32a | Alimony paid | |
| 33 | Add lines 23 through 32a | 12. |
| 34 | Subtract line 33 from line 22. This is your **adjusted gross income** | -722,448. |

IRS RECEIVED FLEET BANK 16 OCT 19 2004
Andover SPC Andover MA

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112L 01/16/04   Form 1040 (2003)

GOVERNMENT EXHIBIT 4

**Gov Exh 4, Pg. 1**

Form 1040 (2003)  NESIM BAHAR  Page 2

| | | | |
|---|---|---|---:|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 722,448. |
| | 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | |
| Standard Deduction for — | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 36b ☐ | |
| • People who checked any box on line 36a or 36b **or** who can be claimed as a dependent, see instructions. | 37 | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) | 36,613. |
| | 38 | Subtract line 37 from line 35 | -759,061. |
| | 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions | 3,050. |
| | 40 | **Taxable income.** Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 0. |
| • All others: Single or Married filing separately, $4,750 | 41 | Tax (see instrs). Check if any tax is from **a** ☐ Form(s) 8814  **b** ☐ Form 4972 | 0. |
| | 42 | **Alternative minimum tax** (see instructions). Attach Form 6251 | |
| Married filing jointly or Qualifying widow(er), $9,500 | 43 | Add lines 41 and 42 ▶ | 0. |
| | 44 | Foreign tax credit. Attach Form 1116 if required .......... 44 | |
| | 45 | Credit for child and dependent care expenses. Attach Form 2441 ...... 45 | |
| | 46 | Credit for the elderly or the disabled. Attach Schedule R..... 46 | |
| Head of household, $7,000 | 47 | Education credits. Attach Form 8863 ............... 47 | |
| | 48 | Retirement savings contributions credit. Attach Form 8880... 48 | |
| | 49 | Child tax credit (see instructions)................ 49 | |
| | 50 | Adoption credit. Attach Form 8839 ............... 50 | |
| | 51 | Credits from: **a** ☐ Form 8396  **b** ☐ Form 8859........ 51 | |
| | 52 | Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Specify ................... 52 | |
| | 53 | Add lines 44 through 52. These are your **total credits** | |
| | 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 0. |
| **Other Taxes** | 55 | Self-employment tax. Attach Schedule SE | 23. |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | |
| | 58 | Advance earned income credit payments from Form(s) W-2 | |
| | 59 | Household employment taxes. Attach Schedule H | |
| | 60 | Add lines 54-59. This is your **total tax** ▶ | 23. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099...... 61 | |
| | 62 | 2003 estimated tax payments and amount applied from 2002 return....... 62 | |
| If you have a qualifying child, attach Schedule EIC. | 63 | **Earned income credit (EIC)**................ 63 | |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see instructions)...... 64 | |
| | 65 | Additional child tax credit. Attach Form 8812........ 65 | |
| | 66 | Amount paid with request for extension to file (see instructions)........ 66 | |
| | 67 | Other pmts from: **a** ☐ Form 2439  **b** ☐ Form 4136  **c** ☐ Form 8885  67 | |
| | 68 | Add lines 61 through 67. These are your **total payments**............ ▶ | 0. |
| **Refund** | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you **overpaid** | |
| Direct deposit? See instructions and fill in 70b, 70c, and 70d. | 70a | Amount of line 69 you want **refunded to you** ▶ | |
| | ▶b | Routing number........     ▶c Type: ☐ Checking  ☐ Savings | |
| | ▶d | Account number....... | |
| | 71 | Amount of line 69 you want **applied to your 2004 estimated tax**....... ▶ 71 | |
| **Amount You Owe** | 72 | **Amount you owe.** Subtract line 68 from line 60. For details on how to pay, see instructions............ ▶ | 23. |
| | 73 | Estimated tax penalty (see instructions)............... 73 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?.................... ☒ **Yes.** Complete the following. ☐ **No** | | |
| | Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶ | | |

Sign Here — Joint return? See instructions. Keep a copy for your records.
Your signature  Date 10/15/04   Your occupation REAL ESTATE DEVELOPER   Daytime phone number (212) 371-8188
Spouse's signature. If a joint return, **both** must sign.  Date   Spouse's occupation

Paid Preparer's Use Only
Preparer's signature  Date 10/1/04  Check if self-employed ☐
Firm's name (or yours if self-employed), address, and ZIP code  DAVIS GRABER PLOTZKER & WARD LLP
150 EAST 58TH STREET, 20TH FLOOR
NEW YORK, NY 10155
EIN 20-0494412
Phone no. (212) 230-2600

Form 1040 (2003)

FDIA0112L  01/16/04

**Gov Exh 4, Pg. 2**

| Form **2688** | **Application for Additional Extension of Time to File U.S. Individual Income Tax Return** | OMB No. 1545-0066 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See instructions.<br>► You must complete all items that apply to you. | **2003** |

| Please type or print. | Your first name | MI | Last name | Your social security number |
|---|---|---|---|---|
| File by the due date for filing your return. | NESIM BAHAR | | | [redacted] |
| | If a joint return, spouse's first name | MI | Last name | Spouse's social security number |

Home address (number and street)

City, town or post office     State     ZIP Code
NEW YORK, NY 10014

**Please fill in the Return Label at the bottom of this page.**

1  I request an extension of time until  10/15/2004 _____, to file Form 1040EZ, Form 1040A, Form 1040, Form 1040NR-EZ, or Form 1040NR for the calendar year 2003, or other tax year ending _____.

2  Explain why you need an extension. You must give an adequate explanation............................... ►
TAXPAYER RESPECTFULLY REQUESTS ADDITIONAL TIME TO GATHER INFORMATION NECESSARY TO FILE A COMPLETE AND ACCURATE TAX RETURN.

3  Have you filed Form 4868 to request an automatic extension of time to file for this tax year?.................... [X] Yes  [ ] No

If you checked 'No,' we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

**If you expect to file a gift or generation-skipping transfer (GST) tax return, complete line 4.**

4  If you or your spouse plan to file a gift or GST tax return (Form 709 or 709-A) for 2003, generally due by April 15, 2004, see the instructions and check here ..........................................
Yourself............. ► [ ]
Spouse.............. ► [ ]

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ► _____  Date ► _____

Signature of spouse ► _____  Date ► _____
(if filing jointly, **both** must sign even if only one had income)

Signature of preparer other than taxpayer ► _____  Date ► _____

Please fill in the **Return Label** below with your name, address, and social security number. The IRS will complete the **Notice to Applicant** and return it to you. If you want it sent to another address or to an agent acting for you, enter the other address and add the agent's name.

(Do not detach)

**Notice to Applicant — To Be Completed by the IRS**

[ ] We **have** approved your application.
[ ] We **have not** approved your application. However, we have granted a 10-day grace period to _____. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return.
[ ] We **have not** approved your application. After considering the information you provided in item 2 above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.
[ ] We cannot consider your application because it was filed after the due date of your return.
[ ] Other _____

Director _____     Date _____

**Return Label** (Please type or print)

| Taxpayer's name (and agent's name, if applicable). If a joint return, also give spouse's name. | Taxpayer's social security number |
|---|---|
| NESIM BAHAR<br>DAVIS GRABER PLOTZKER & WARD LLP | [redacted] |
| Number and street (include suite, room, or apt no.) or P.O. box number | Spouse's social security number |
| City, town or post office     State    ZIP Code<br>NEW YORK, NY 10155 | Agents:<br>Always include taxpayer's name on return label. |

(Stamp: IRS RECEIVED OCT 19 2004 STOP 6054 Andover SPC Andover, MA)

BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     FDIA3401L  08/22/03     Form **2688** (2003)

**Gov Exh 4, Pg. 3**

# Form 4868

Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File U.S. Individual Income Tax Return**

For calendar year 2003, or other tax year beginning _____ , 2003, ending _____

OMB No. 1545-0188

## 2003

### Part I  Identification

1 Your name(s) (see instructions)

NESIM BAHAR
DAVIS GRABER PLOTZKER & WARD LLP

Address (see instructions)

City, town or post office

NEW YORK, NY 10155

State, ZIP code

2 Your social security number     3 Spouse's social security number

### Part II  Complete ONLY If Filing Gift/GST Tax Return

**Caution:** *Only for gift/GST tax extension! Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.*

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

If **you** are requesting a **Gift or GST tax** return extension, check this box ........... ▶ ☐

If **your spouse** is requesting a **Gift or GST tax** return extension, check this box ...... ▶ ☐

### Part III  Individual Income Tax

4 Estimate of total tax liability for 2003 ................ $ _____ 23.

5 Total 2003 payments ............ _____ 0.

6 **Balance due.** Subtract 5 from 4 .. _____ 23.

### Part IV  Gift/GST Tax — If you are **not filing** a gift or GST tax return, go to Part V now. See the instructions.

7 Your gift or GST tax payment ..... $ _____

8 Your spouse's gift/GST tax payment ...................

### Part V  Total

9 **Total liability.** Add lines 6, 7, and 8 ..... $ _____ 23.

10 Amount you are paying .......... ▶ _____ 23.

**Confirmation Number**

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records ..... ▶

BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **4868** (2003)

▲ Detach Here ▲

MAKE YOUR CHECK PAYABLE TO THE "UNITED STATES TREASURY"
AND MAIL FORM 4868 WITH YOUR PAYMENT TO:

INTERNAL REVENUE SERVICE
P.O. BOX 37003
HARTFORD, CT 06176-0003

FDIA4601L  10/31/03

Gov Exh 4, Pg. 4

| SCHEDULE A (Form 1040) | | Itemized Deductions | | | OMB No. 1545-0074 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040.<br>► See Instructions for Schedule A (Form 1040). | | | **2003**<br>07 |

Name(s) shown on Form 1040: NESIM BAHAR

Your social security number: [redacted]

| Section | Line | Description | | Amount | Total |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 4,049. | |
| | 2 | Enter amount from Form 1040, line 35....  2  -722,448. | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 4,049. |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 34. | |
| | 6 | Real estate taxes (see instructions) | 6 | 10,381. | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 10,415. |
| **Interest You Paid** (See instructions.) | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 22,149. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _____ | 11 | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | 22,149. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 1,471. | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16 | | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 ......... DISALLOWED CONTRIBUTIONS ......... -1,471. | 18 | | 0. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 19 | 0. |
| **Job Expenses and Most Other Miscellaneous Deductions** (See instructions.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _____ | 20 | | |
| | 21 | Tax preparation fees | 21 | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► _____ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | | |
| | 24 | Enter amount from Form 1040, line 35......  24 | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | 0. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► _____ | | 27 | 0. |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 35, over $139,500 (over $69,750 if MFS)?<br>[X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 37.<br>[ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | ► 28 | 36,613. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0301L  10/16/03   Schedule A (Form 1040) 2003

**Gov Exh 4, Pg. 5**

Schedule A & B (Form 1040) 2003 | OMB No. 1545-0074 | Page **2**

Name(s) shown on Form 1040.  
NESIM BAHAR

Your social security number: [redacted]

## Schedule B — Interest and Ordinary Dividends      08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---:|
| KISLEV PARTNERS, L.P. | 603. |
| 400 EAST 51ST ST, LLC | 1. |
| 120 EAST 90 LLC | 10. |
| 205 EAST 45 LLC | 16. |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2  Add the amounts on line 1 .................................................. **2**   630.

3  Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ............................................................. **3**

4  Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ **4**   630.

**Note.** If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9a.)

5  List name of payer ... ▶

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

6  Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ....... ▶ **6**   0.

**Note.** If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|:-:|:-:|
| 7a At any time during 2003, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 . . . . . | | X |
| b If 'Yes,' enter the name of the foreign country. . ▶ | | |
| 8 During 2003, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions . . . . . | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0401L  10/16/03    Schedule B (Form 1040) 2003

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc, must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040). | **2003**<br>09 |

**Name of proprietor:** NESIM BAHAR

**Social security number (SSN):** [redacted]

**A** Principal business or profession, including product or service (see instructions): REAL ESTATE

**B** Enter code from instructions: ▶ 531310

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any:

**E** Business address (including suite or room no.) ▶ _____
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____

**G** Did you 'materially participate' in the operation of this business during 2003? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

**H** If you started or acquired this business during 2003, check here ............ ▶ [ ]

### Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ...... ▶ [ ] | 1 | 10,020. |
| 2 | Returns and allowances ........................ | 2 | |
| 3 | Subtract line 2 from line 1 ............... | 3 | 10,020. |
| 4 | Cost of goods sold (from line 42 on page 2) .......... | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 .......... | 5 | 10,020. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund .......... | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ....................... ▶ | 7 | 10,020. |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---:|---|---|---:|---:|
| 8 | Advertising ............ | 8 | | 19 | Pension and profit-sharing plans ...... | 19 | |
| 9 | Car and truck expenses (see instructions) .... | 9 | | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment ...... | 20a | |
| 10 | Commissions and fees ...... | 10 | | b | Other business property ............ | 20b | |
| 11 | Contract labor (see instructions) | 11 | | 21 | Repairs and maintenance ............ | 21 | |
| | | | | 22 | Supplies (not included in Part III) ...... | 22 | |
| 12 | Depletion ............ | 12 | | 23 | Taxes and licenses ............ | 23 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) .... | 13 | 3,180. | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel .............. | 24a | 781. |
| | | | | b | Meals and entertainment .... | | 1,246. |
| 14 | Employee benefit programs (other than on line 19) ...... | 14 | | | | | |
| 15 | Insurance (other than health) ... | 15 | | c | Enter nondeductible amount included on line 24b (see instrs) .. | | 623. |
| 16 | Interest: | | | d | Subtract line 24c from line 24b .......... | 24d | 623. |
| a | Mortgage (paid to banks, etc) ........ | 16a | | | | | |
| b | Other ............ | 16b | 106. | 25 | Utilities ............ | 25 | |
| 17 | Legal & professional services .. | 17 | | 26 | Wages (less employment credits) ...... | 26 | |
| 18 | Office expense ............ | 18 | 181. | 27 | Other expenses (from line 48 on page 2) ...... | 27 | 4,304. |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ............ ▶ | | | | | 28 | 9,175. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 ............ | | | | | 29 | 845. |
| 30 | Expenses for business use of your home. Attach **Form 8829** ............ | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | | | | | |
| | • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | | | | | 31 | 845. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.**

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule C (Form 1040) 2003

FDIZ0112L  10/14/03

Schedule C (Form 1040) 2003  NESIM BAHAR                                                                 Page 2

## Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If 'Yes,' attach explanation.....................................................................................  ☐ Yes  ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

## Part IV  Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____.

44  Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:
    **a** Business _____   **b** Commuting _____   **c** Other _____

45  Do you (or your spouse) have another vehicle available for personal use?............................  ☐ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours?...................................  ☐ Yes  ☐ No

47a Do you have evidence to support your deduction?....................................................  ☐ Yes  ☐ No

  **b** If 'Yes,' is the evidence written?.................................................................  ☐ Yes  ☐ No

## Part V  Other Expenses.
List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| INTERNET CONNECTION | 596. |
| CREDIT CARD FEES | 150. |
| FINANCE CHARGE | 912. |
| BANK CHARGES | 204. |
| DUES AND SUBSCRIPTIONS | 98. |
| POSTAGE | 14. |
| TELEPHONE | 2,330. |
| 48  Total other expenses. Enter here and on page 1, line 27 | 4,304. |

Schedule C (Form 1040) 2003

FDIZ0112L  10/14/03

**Gov Exh 4, Pg. 8**

| SCHEDULE D<br>(Form 1040) | | Capital Gains and Losses | | | OMB No. 1545-0074 | |
|---|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | ► Attach to Form 1040.   ► See Instructions for Schedule D (Form 1040).<br>► Use Schedule D-1 to list additional transactions for lines 1 and 8. | | | **2003**<br>12 | |

Name(s) shown on Form 1040: NESIM BAHAR

Your social security number: [redacted]

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) for the entire year Subtract (e) from (d) | (g) Post-May 5 gain or (loss)* (see below) |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2  Enter your short-term totals, if any, from Schedule D-1, line 2 | | | | | | |
| 3  Total short-term sales price amounts. Add lines 1 and 2 in column (d) | | | | | | |
| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 | | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 | | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2002 Capital Loss Carryover Worksheet | | | | 6 | | |
| 7a Combine lines 1 through 5 in column (g). If the result is a loss, enter the result. Otherwise, enter -0-. **Do not** enter more than zero | | | | 7a | | 0. |
| b Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | | | | b | | |

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) for the entire year Subtract (e) from (d) | (g) Post-May 5 gain or (loss)* (see below) |
|---|---|---|---|---|---|---|
| 8 | | | | | | |
| 9  Enter your long-term totals, if any, from Schedule D-1, line 9 | | | | | | |
| 10  Total long-term sales price amounts. Add lines 8 and 9 in column (d) | | | | | | |
| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 11 | 321,831. | 314,200. |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 | | |
| 13  Capital gain distributions. See instrs | | | | 13 | | |
| 14  Long-term capital loss carryover. Enter the amount, if any, from line 13 of your 2002 Capital Loss Carryover Worksheet | | | | 14 | | |
| 15  Combine lines 8 through 13 in column (g). If zero or less, enter -0- | | | | 15 | | 314,200. |
| 16  **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) | | | | 16 | 321,831. | |

Next: Go to Part III on page 2.

*Include in column (g) all gains and losses from column (f) from sales, exchanges, or conversions (including installment payments received) **after** May 5, 2003. However, **do not** include gain attributable to unrecaptured section 1250 gain, 'collectibles gains and losses' (as defined in the instructions) or eligible gain on qualified small business stock (see instrs).

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.                                   Schedule D (Form 1040) 2003
FDIA0612L  01/16/04

Schedule **D** (Form 1040) 2003    NESIM BAHAR                                                                    Page 2

### Part III — Taxable Gain or Deductible Loss

**17a** Combine lines 7b and 16 and enter the result. If a loss, enter -0- on line 17b and go to line 18. If a gain, enter the gain on Form 1040, line 13a, and go to line 17b below........................ **17a**  321,831.

   **b** Combine lines 7a and 15. If zero or less, enter -0-. Then complete Form 1040 through line 40............. **17b**  314,200.

   Next: • If line 16 of Schedule D is a gain **or** you have qualified dividends on Form 1040, line 9b, complete **Part IV** below.
   • Otherwise, skip the rest of Schedule D and complete the rest of Form 1040.

**18** If line 17a is a loss, enter here and on Form 1040, line 13a, the **smaller** of **(a)** that loss or **(b)** ($3,000) (or, if married filing separately, ($1,500)) (see instructions)............................ **18**

   Next: • If you have qualified dividends on Form 1040, line 9b, complete Form 1040 through line 40, and then complete **Part IV** below (but skip lines 19 and 20).
   • Otherwise, skip **Part IV** below and complete the rest of Form 1040.

### Part IV — Tax Computation Using Maximum Capital Gains Rates

If line 16 or line 17a is zero or less, skip lines 19 and 20 and go to line 21. Otherwise, go to line 19.

**19** Enter your unrecaptured section 1250 gain, if any, from line 18 of the worksheet in the instructions.......... **19**

**20** Enter your 28% rate gain, if any, from line 7 of the worksheet in the instructions............................ **20**

If lines 19 and 20 are zero, go to line 21. Otherwise, complete the worksheet in the instructions to figure the amount to enter on lines 35 and 53 below, and skip all other lines below.

**21** Enter your taxable income from Form 1040, line 40................................................. **21**

**22** Enter the **smaller** of line 16 or line 17a, but not less than zero............... **22**

**23** Enter your qualified dividends from Form 1040, line 9b.......................... **23**

**24** Add lines 22 and 23.................................................................. **24**

**25** Amount from line 4g of Form 4952 (investment interest expense)............... **25**

**26** Subtract line 25 from line 24. If zero or less, enter -0-.............................................. **26**

**27** Subtract line 26 from line 21. If zero or less, enter -0-.............................................. **27**

**28** Enter the **smaller** of line 21 **or**:
   • $56,800 if married filing jointly or qualifying widow(er);
   • $28,400 if single or married filing separately; or
   • $38,050 if head of household                                                                                **28**

If line 27 is greater than line 28, skip lines 29 through 39 and go to line 40.

**29** Enter the amount from line 27........................................................ **29**

**30** Subtract line 29 from line 28. If zero or less, enter -0- and go to line 40........ **30**

**31** Add lines 17b and 23*........................ **31**

**32** Enter the **smaller** of line 30 or line 31........................................... **32**

**33** Multiply line 32 by 5% (.05)....................................................................... **33**

If lines 30 and 32 are the same, skip lines 34 through 39 and go to line 40.

**34** Subtract line 32 from line 30......................................................... **34**

**35** Enter your qualified 5-year gain, if any, from line 8 of the worksheet in the instructions........... **35**

**36** Enter the **smaller** of line 34 or line 35........................................... **36**

**37** Multiply line 36 by 8% (.08)....................................................................... **37**

**38** Subtract line 36 from line 34........................................................ **38**

**39** Multiply line 38 by 10% (.10)..................................................................... **39**

If lines 26 and 30 are the same, skip lines 40 through 49 and go to line 50.

**40** Enter the **smaller** of line 21 or line 26........................................... **40**

**41** Enter the amount from line 30 (if line 30 is blank, enter -0-).................... **41**

**42** Subtract line 41 from line 40........................................................ **42**

**43** Add lines 17b and 23*........................ **43**

**44** Enter the amount from line 32 (if line 32 is blank, enter -0-) ..... **44**

**45** Subtract line 44 from line 43........................................................ **45**

**46** Enter the **smaller** of line 42 or line 45........................................... **46**

**47** Multiply line 46 by 15% (.15)..................................................................... **47**

**48** Subtract line 46 from line 42........................................................ **48**

**49** Multiply line 48 by 20% (.20)..................................................................... **49**

**50** Figure the tax on the amount on **line 27**. Use the Tax Table or Tax Rate Schedules, whichever applies........ **50**

**51** Add lines 33, 37, 39, 47, 49, and 50................................................................ **51**

**52** Figure the tax on the amount on **line 21**. Use the Tax Table or Tax Rate Schedules, whichever applies........ **52**

**53** **Tax on all taxable income.** Enter the **smaller** of line 51 or line 52 here and on Form 1040, line 41....... **53**

*If lines 23 and 25 are more than zero, see instructions for the amount to enter.

Schedule **D** (Form 1040) 2003

FDIA0612L   01/16/04

Schedule E (Form 1040) 2003    13    Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.    Your social security number
NESIM BAHAR

## Part II — Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column **(e)** on line 28 and attach **Form 6198.** See instructions.

27  Are you reporting losses not allowed in prior years due to the at-risk or basis limitations, passive losses not reported on Form 8582, or unreimbursed partnership expenses? ............ ☐ Yes  ☒ No

If you answered 'Yes,' see instructions before completing this section.
**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | SEE STATEMENT 3 | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 3,889,145. |
| b Totals | | 292,532. | | | |

| 30 | Add columns (g) and (j) of line 29a ................................................. | 30 | 3,889,145. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b ............................................ | 31 | -292,532. |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ................................................. | 32 | 3,596,613. |

## Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a ................................................ | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b ................................................ | 36 | |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below .......................................... | 37 | |

## Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............. | 39 | |
|---|---|---|---|

## Part V — Summary

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below .......................... | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ................................................................. ▶ | 41 | 3,596,613. |
| 42 | **Reconciliation of Farming and Fishing Income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions) ......................................................... | 42 | |
| 43 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules .................... | 43 | 3,918,444. |

BAA                                    FDIZ2302L  06/11/03                                    Schedule E (Form 1040) 2003

**Gov Exh 4, Pg. 11**

Schedule **SE** (Form 1040) 2003            **17**            Page **2**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▸ |
|---|---|
| NESIM BAHAR | [redacted] |

### Section B — Long Schedule SE

**Part I**    **Self-Employment Tax**

**Note.** If your only income subject to self-employment tax is **church employee income**, skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

A   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . . . . . . . . . . . . . . . . ▸ ☐

| | | |
|---|---|---:|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note.** Skip this line if you use the farm optional method (see instructions) | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions) | 2 | 845. |
| 3 | Combine lines 1 and 2 | 3 | 845. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | 4a | 780. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income**, enter -0- and continue ▸ | 4c | 780. |
| 5a | Enter your **church employee income** from Form W-2. See the instructions for definition of church employee income . . . . . . 5a | | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | 5b | 0. |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b | 6 | 780. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2003 | 7 | 87,000. |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $87,000 or more, skip lines 8b through 10, and go to line 11 . . . . . 8a   87,000. | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9) . . . . . . 8b | | |
| c | Add lines 8a and 8b | 8c | |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▸ | 9 | |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | 10 | |
| 11 | Multiply line 6 by 2.9% (.029) | 11 | 23. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 55** | 12 | 23. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 28** . . . . . . . . 13   12. | | |

**Part II**    **Optional Methods To Figure Net Earnings** (see instructions)

**Farm Optional Method.** You may use this method **only if**:
- Your gross farm income(1) was not more than $2,400 **or**
- Your net farm profits(2) were less than $1,733.

| | | |
|---|---|---:|
| 14 | Maximum income for optional methods | 14 | 1,600. |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income(1) (not less than zero) **or** $1,600. Also, include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only if**:
- Your net nonfarm profits(3) were less than $1,733 and also less than 72.189% of your gross nonfarm income(4) **and**
- You had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution.** You may use this method no more than five times.

| | | |
|---|---|---|
| 16 | Subtract line 15 from line 14 | 16 | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income(4) (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | 17 | |

(1) From Schedule F, line 11, and Schedule K-1 (Form 1065), line 15b.

(2) From Schedule F, line 36, and Schedule K-1 (Form 1065), line 15a.

(3) From Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a; and Schedule K-1 (Form 1065-B), box 9.

(4) From Schedule C, line 7; Schedule C-EZ, line 1; Schedule K-1 (Form 1065), line 15c; and Schedule K-1 (Form 1065-B), box 9.

BAA        FDIA1102L   07/09/03        Schedule **SE** (Form 1040) 2003

**Gov Exh 4, Pg. 12**

| Form **4797** | Sales of Business Property | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))  ► Attach to your tax return.  ► See separate instructions. | **2003** 27 |

| Name(s) shown on return | Identifying number |
|---|---|
| NESIM BAHAR | |

1  Enter the gross proceeds from sales or exchanges reported to you for 2003 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions).......................... | 1 | |

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (See instructions.)

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) for entire year Subtract (f) from the sum of (d) and (e) | (h) Post-May 5, 2003, gain or (loss)* (see below) |
|---|---|---|---|---|---|---|---|
| FROM K-1 | | | | | | 321,831. | 314,200. |
| | | | | | | | |
| | | | | | | | |

3  Gain, if any, from Form 4684, line 39................................................. | 3 | | |
4  Section 1231 gain from installment sales from Form 6252, line 26 or 37.............. | 4 | | |
5  Section 1231 gain or (loss) from like-kind exchanges from Form 8824................ | 5 | | |
6  Gain, if any, from line 32, from other than casualty or theft........................... | 6 | | |
7  Combine lines 2 through 6 in columns (g) and (h). Enter the gain or (loss) here and on the appropriate line as follows............................................................ | 7 | 321,831. | 314,200. |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6, or Form 1120S, Schedule K, line 5. Skip lines 8, 9, 11, and 12 below.

**All others.** If line 7, column (g) is zero or a loss, enter that amount on line 11 below and skip lines 8, 9, and 12. If line 7, column (g) is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain or (loss) in each column as a long-term capital gain or (loss) on Schedule D and skip lines 8, 9, 11, and 12 below.

8  Nonrecaptured net section 1231 losses from prior years (see instructions)............ | 8 | | |
9  Subtract line 8 from line 7. If line 9, column (g) is zero or less, enter -0- in column (g). If line 9, column (g) is zero, enter the gain from line 7, column (g) on line 12 below. If line 9, column (g), is more than zero, enter the amount from line 8, column (g) on line 12 below and include the gain or (loss) in each column of line 9 as a long-term capital gain or (loss) on Schedule D (see instructions)................................................................................. | 9 | | |

*Corporations (other than S corporations) should not complete column (h). Partnerships and S corporations must complete column (h). All others must complete column (h) only if line 7, column (g), is a gain **and** the amount, if any, on line 8, column (g), does **not** equal or exceed the gain on line 7, column (g). Include in column (h) all gains and losses from column (g) from sales, exchanges, or conversions (including installment payments received) **after** May 5, 2003. However, do **not** include gain attributable to unrecaptured section 1250 gain.

**Part II**  Ordinary Gains and Losses

10  Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

11  Loss, if any, from line 7, column (g)................................................. | 11 | |
12  Gain, if any, from line 7, column (g), or amount from line 8, column (g), if applicable..... | 12 | |
13  Gain, if any, from line 31........................................................... | 13 | |
14  Net gain or (loss) from Form 4684, lines 31 and 38a................................. | 14 | |
15  Ordinary gain from installment sales from Form 6252, line 25 or 36.................. | 15 | |
16  Ordinary gain or (loss) from like-kind exchanges from Form 8824................... | 16 | |
17  Recapture of section 179 expense deduction for partners and S corporation shareholders for property dispositions from 2002-2003 fiscal year partnerships and S corporations (see instructions).......................... | 17 | |
18  Combine lines 10 through 17. Enter the gain or (loss) here and on the appropriate line as follows................. | 18 | |

  **a For all except individual returns.** Enter the gain or (loss) from line 18 on the return being filed.
  **b For individual returns:**
   (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18b(1).' See instructions..................................................... | 18b(1) | |
   (2) Redetermine the gain or (loss) on line 18 excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14.............................................. | 18b(2) | |

BAA  For Paperwork Reduction Act Notice, see instructions.     FDIZ1001L   12/02/03     Form **4797** (2003)

**Gov Exh 4, Pg. 13**

| Form **6251** | | Alternative Minimum Tax — Individuals | OMB No. 1545-0227 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2003**<br>32 |

Name(s) shown on Form 1040: NESIM BAHAR

Your social security number: [redacted]

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | | Amount |
|---|---|---|---:|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 38, and go to line 2. Otherwise, enter the amount from Form 1040, line 35, and go to line 7. (If zero or less, enter as a negative amount.) | 1 | -759,061. |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4 **or** 2-1/2% of Form 1040, line 35 | 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 10,415. |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26 | 5 | |
| 6 | If Form 1040, line 35, is over $139,500 (over $69,750 if married filing separately), enter the amount from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 6 | |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | 571,738. |
| 11 | Interest from specified private activity bonds exempt from the regular tax | 11 | |
| 12 | Qualified small business stock (see instructions) | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), line 9) | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | 16 | -67. |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 17 | 2,613. |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | 18 | |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Circulation costs (difference between regular tax and AMT) | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | 21 | |
| 22 | Mining costs (difference between regular tax and AMT) | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | 23 | |
| 24 | Income from certain installment sales before January 1, 1987 | 24 | |
| 25 | Intangible drilling costs preference | 25 | |
| 26 | Other adjustments, including income-based related adjustments | 26 | |
| 27 | Alternative tax net operating loss deduction | 27 | |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $191,000, see instructions.) | 28 | -174,362. |

### Part II — Alternative Minimum Tax

29 Exemption. (If this form is for a child under age 14, see instructions.)

| IF your filing status is . . . | AND line 28 is not over . . . | THEN enter on line 29 . . . | | |
|---|---|---|---|---:|
| Single or head of household | $112,500 | $40,250 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 58,000 | 29 | 40,250. |
| Married filing separately | 75,000 | 29,000 | | |

If line 28 is **over** the amount shown above for your filing status, see instructions.

| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here | 30 | 0. |
|---|---|---|---:|
| 31 | • If you reported capital gain distributions directly on Form 1040, line 13a; you reported qualified dividends on Form 1040, line 9b; **or** you had a gain on both lines 16 and 17a of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 65 here.<br>• **All others:** If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 0. |
| 34 | Tax from Form 1040, line 41 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 44) | 34 | |
| 35 | **Alternative minimum tax.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 42 | 35 | 0. |

BAA For Paperwork Reduction Act Notice, see separate instructions.          Form 6251 (2003)

FDIA5312L   12/04/03

Gov Exh 4, Pg. 14

| Form **4562** | | Depreciation and Amortization (Including Information on Listed Property) ► See separate instructions. ► Attach to your tax return. | | OMB No. 1545-0172 **2003** 67 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | | |

Name(s) shown on return
**NESIM BAHAR**

Business or activity to which this form relates
**SCHEDULE C - NESIM BAHAR**

### Part I  Election To Expense Certain Property Under Section 179
*Note: If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---:|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses............................. | 1 | $100,000. |
| 2 | Total cost of section 179 property placed in service (see instructions)............................... | 2 | 3,180. |
| 3 | Threshold cost of section 179 property before reduction in limitation............................... | 3 | $400,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-............................. | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions........................ | 5 | 100,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | COMPUTER | 3,180. | 3,180. | |

| | | | |
|---|---|---|---:|
| 7 | Listed property. Enter the amount from line 29........................ 7 | | 0. |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7........................ | 8 | 3,180. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8................... | 9 | 3,180. |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562............. | 10 | 0. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs).... | 11 | 100,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11............... | 12 | 3,180. |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ........ ► 13 | 0. | |

*Note: Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions)................ | 14 | |
| 15 | Property subject to section 168(f)(1) election (see instructions)................. | 15 | |
| 16 | Other depreciation (including ACRS) (see instructions).................. | 16 | |

### Part III  MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003.............. | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here................ ► ☐ | | |

**Section B — Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property............ | | | | | | |
| b 5-year property............ | | | | | | |
| c 7-year property............ | | | | | | |
| d 10-year property........... | | | | | | |
| e 15-year property........... | | | | | | |
| f 20-year property........... | | | | | | |
| g 25-year property........... | | | 25 yrs | | S/L | |
| h Residential rental property................. | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property................. | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life................ | | | | | S/L | |
| b 12-year................ | | | 12 yrs | | S/L | |
| c 40-year................ | | | 40 yrs | MM | S/L | |

### Part IV  Summary (see instructions)

| | | | |
|---|---|---|---:|
| 21 | Listed property. Enter amount from line 28.................... | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions................ | 22 | 3,180. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs............ 23 | | |

BAA  For Paperwork Reduction Act Notice, see instructions.     FDIZ0812L 10/28/03     Form **4562** (2003)

**Gov Exh 4, Pg. 15**

| 2003 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| CLIENT 7423-01 | NESIM BAHAR | |
| 10/12/04 | | 09:09AM |

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | LOCAL W/H |
|---|---|---|---|---|---|---|
| ALEXICO MGMT ROCKY 116 LLC | 94,792. | | 5,394. | 1,374. | | 34. |
| GRAND TOTAL | 94,792. | 0. | 5,394. | 1,374. | 0. | 34. |

**STATEMENT 2**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | |
|---|---|
| LOSS ON SECTION 988 | $ -4,165,409. |
| NET OPERATING LOSS CARRYOVER | -571,738. |
| TOTAL | $ -4,737,147. |

| 2003 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|
| CLIENT 7423-01 | NESIM BAHAR | |
| 10/12/04 | | 09:09AM |

## STATEMENT 3
### SCHEDULE E, PAGE 2
### PART II - INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS

| NAME | TYPE | X IF FOREIGN | EMPLOYER I.D. NO. | ANY INVEST. NO AT RISK | PTP | PASSIVE LOSS FROM FORM 8582 | PASSIVE INC. FROM SCH. K-1 | NONPASSIVE LOSS FROM SCH. K-1 | SECTION 179 DEDUCTION | NONPASSIVE INCOME FROM K-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| KISLEV PARTNERS, L.P. | P | | 98-0174122 | | | | | | | $ 3,882,487. |
| 400 EAST 51ST ST, LLC | P | | 13-4070755 | | | | | $ 807. | | |
| 351 EAST 54 LLC | P | | 13-4072986 | | | | | 583. | | |
| 120 EAST 90 LLC | P | | 13-4026408 | | | | | 8,473. | | |
| 890 FIRST LLC | P | | 26-0003452 | | | | | 27,535. | | |
| 201 EAST 25 LLC | P | | 04-3698001 | | | | | | | 6,658. |
| 200 EAST 27 LLC | P | | 04-3697991 | | | | | 10,751. | | |
| 205 EAST 45 LLC | P | | 41-2036078 | | | | | 244,383. | | |
| | | | | | TOTAL | $ 0. | $ 0. | $ 292,532. | $ 0. | $ 3,889,145. |