08221302299910-5

| | | | |
|---|---|---|---|
| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2004** | (99) IRS Use Only — Do not write or staple in this space. | |

For the year Jan 1 - Dec 31, 2004, or other tax year beginning , 2004, ending , 20    OMB No. 1545-0074

**Label** (See instructions.)
**Use the IRS label. Otherwise, please print or type.**

Your first name MI  Last name
NESIM BAHAR

Your social security number: [redacted]

If a joint return, spouse's first name MI Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.

▲ **Important!** ▲
You **must** enter your social security number(s) above.

City, town or post office. If you have a foreign address, see instructions. State ZIP code
NEW YORK, NY 10014

**Presidential Election Campaign** (See instructions.)

▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

You: Yes [ ] No [X]   Spouse: Yes [ ] No [ ]

**Filing Status** — Check only one box.
1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a.
b [ ] Spouse
c Dependents:
  (1) First name  Last name
  (2) Dependent's social security number
  (3) Dependent's relationship to you
  (4) ✓ if qualifying child for child tax credit (see instrs)

If more than four dependents, see instructions.

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers on lines above ▶ 1

d Total number of exemptions claimed............... *10/17/05*

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 120,000. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 9,612. |
| b | Tax-exempt interest. **Do not** include on line 8a.  8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualfd divs (see instrs) 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 9,818. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | 13 | 385,860. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a   b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities  16a   b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -769,589. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a   b Taxable amount (see instrs) | 20b | |
| 21 | Other income  SEE STATEMENT 2 | 21 | -1,031,846. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -1,276,145. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions)  23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ  24 | | |
| 25 | IRA deduction (see instructions)  25 | | |
| 26 | Student loan interest deduction (see instructions)  26 | | |
| 27 | Tuition and fees deduction (see instructions)  27 | | |
| 28 | Health savings account deduction. Attach Form 8889  28 | | |
| 29 | Moving expenses. Attach Form 3903  29 | | |
| 30 | One-half of self-employment tax. Attach Schedule SE  30 | 132. | |
| 31 | Self-employed health insurance deduction (see instrs)  31 | | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans  32 | | |
| 33 | Penalty on early withdrawal of savings  33 | | |
| 34a | Alimony paid  b Recipient's SSN ▶   34a | | |
| 35 | Add lines 23 through 34a | 35 | 132. |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** ▶ | 36 | -1,276,277. |

*SPC WINDSOR, CT — Internal Revenue Service Received LB 035 OCT 21 2005*

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  FDIA0112L 11/10/04   Form 1040 (2004)

GOVERNMENT EXHIBIT 5

**Gov Exh 5, Pg.1**

Form 1040 (2004)  NESIM BAHAR                                                                                                     Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 Amount from line 36 (adjusted gross income) | 37 | -1,276,277. |
| | 38a Check if: ☐ **You** were born before January 2, 1940, ☐ Blind. **Total boxes checked** ▶ 38a | | |
| | ☐ **Spouse** was born before January 2, 1940, ☐ Blind. | | |
| **Standard Deduction for —** | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 38b ☐ | | |
| • People who checked any box on line 38a or 38b **or** who can be claimed as a dependent, see instructions. | 39 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 39 | 16,453. |
| | 40 Subtract line 39 from line 37 | 40 | -1,292,730. |
| | 41 If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | 41 | 3,100. |
| | 42 Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 0. |
| • All others: | 43 Tax (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 43 | 0. |
| Single or Married filing separately, $4,850 | 44 **Alternative minimum tax** (see instructions). Attach Form 6251 | 44 | 0. |
| | 45 Add lines 43 and 44 ▶ | 45 | 0. |
| | 46 Foreign tax credit. Attach Form 1116 if required | 46 | |
| Married filing jointly or Qualifying widow(er), $9,700 | 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| | 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| | 49 Education credits. Attach Form 8863 | 49 | |
| | 50 Retirement savings contributions credit. Attach Form 8880 | 50 | |
| Head of household, $7,150 | 51 Child tax credit (see instructions) | 51 | |
| | 52 Adoption credit. Attach Form 8839 | 52 | |
| | 53 Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 | 53 | |
| | 54 Other credits. Check applicable box(es): **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Specify _____ | 54 | |
| | 55 Add lines 46 through 54. These are your **total credits** | 55 | |
| | 56 Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56 | 0. |
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE | 57 | 263. |
| | 58 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 Advance earned income credit payments from Form(s) W-2 | 60 | |
| | 61 Household employment taxes. Attach Schedule H | 61 | |
| | 62 Add lines 56-61. This is your **total tax** ▶ | 62 | 263. |
| **Payments** | 63 Federal income tax withheld from Forms W-2 and 1099 | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64 2004 estimated tax payments and amount applied from 2003 return | 64 | |
| | 65a **Earned income credit (EIC)** | 65a | |
| | b Nontaxable combat pay election ▶ 65b | | |
| | 66 Excess social security and tier 1 RRTA tax withheld (see instructions) | 66 | |
| | 67 Additional child tax credit. Attach Form 8812 | 67 | |
| | 68 Amount paid with request for extension to file (see instructions) | 68 | |
| | 69 Other pmts from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | 69 | |
| | 70 Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ▶ | 70 | 0. |
| **Refund** | 71 If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | 71 | |
| Direct deposit? See instructions and fill in 72b, 72c, and 72d. | 72a Amount of line 71 you want **refunded to you** ▶ | 72a | |
| | ▶ b Routing number ☒ ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number ☒ | | |
| | 73 Amount of line 71 you want applied to your 2005 estimated tax ▶ 73 | | |
| **Amount You Owe** | 74 Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions ▶ | 74 | 263. |
| | 75 Estimated tax penalty (see instructions) | 75 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☒ **Yes.** Complete the following.  ☐ **No** | | |
| | Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶ /s/  Date 10/14/05  Your occupation REAL ESTATE  Daytime phone number (212) 371-8108 | | |
| | Spouse's signature. If a joint return, **both** must sign. ▶  Date  Spouse's occupation | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ /s/ Glenn Daues   Date 10/14/05  Check if self-employed ☐   Preparer's SSN or PTIN | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ DAVIS GRABER PLOTZKER & WARD LLP  150 EAST 58TH STREET, 20TH FLOOR  NEW YORK, NY 10155   EIN 20-0494412   Phone no. (212) 230-2600 | | |

Form 1040 (2004)

FDIA0112L  11/10/04

**Gov Exh 5, Pg.2**

Form **2688**

Department of the Treasury
Internal Revenue Service

**Application for Additional Extension of Time to File U.S. Individual Income Tax Return**

► See instructions.
► You must complete all items that apply to you.

OMB No. 1545-0066

**2004**

| | | | | |
|---|---|---|---|---|
| Please type or print. File by the due date for filing your return. | Your first name<br>NESIM | MI | Last name<br>BAHAR | Your social security number |
| | If a joint return, spouse's first name | MI | Last name | Spouse's social security number |

Home address (number and street)

City, town or post office      State      ZIP code
NEW YORK, NY 10014

**Please fill in the Return Label at the bottom of this page.**

1  I request an extension of time until  10/15/2005 _____, to file Form 1040EZ, Form 1040A, Form 1040, Form 1040NR-EZ, or Form 1040NR for the calendar year 2004, or other tax year ending _____.

2  Explain why you need an extension. You must give an adequate explanation........................►
TAXPAYER RESPECTFULLY REQUESTS ADDITIONAL TIME TO GATHER INFORMATION NECESSARY TO FILE A COMPLETE AND ACCURATE TAX RETURN.

3  Have you filed Form 4868 to request an automatic extension of time to file for this tax year?.................  [X] Yes  [ ] No

If you checked 'No,' we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ►                                                Date ►

Signature of spouse ►                                                   Date ►
(if filing jointly, **both** must sign even if only one had income)

Signature of preparer other than taxpayer ►                           Date ►

Please fill in the **Return Label** below with your name, address, and social security number. The IRS will complete the **Notice to Applicant** and return it to you. If you want it sent to another address or to an agent acting for you, enter the other address and add the agent's name.

(Do not detach)

**Notice to Applicant To Be Completed by the IRS**

[ ] We **have** approved your application.
[ ] We **have not** approved your application. However, we have granted a 10-day grace period to _____. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return.
[ ] We **have not** approved your application. After considering the information you provided in item 2 above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.
[ ] We cannot consider your application because it was filed after the due date of your return.
[ ] Other _____

Director                                                    Date

**Return Label** (Please type or print)

Taxpayer's name (and agent's name, if applicable). If a joint return, also give spouse's name.
NESIM BAHAR
DAVIS GRABER PLOTZKER & WARD LLP

Number and street (include suite, room, or apt no.) or P.O. box number
150 EAST 58TH STREET, 20TH FLOOR

City, town or post office      State      ZIP code
NEW YORK, NY 10155

Taxpayer's social security number

Spouse's social security number

Agents: Always include taxpayer's name on Return Label.

BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                Form **2688** (2004)

FDIA3401L  10/20/04

**Gov Exh 5, Pg.3**

| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | OMB No. 1545-0188 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2004, or other tax year beginning , 2004, ending , . | **2004** |

**Part I** Identification

1 Your name(s) (see instructions)

NESIM BAHAR
DAVIS GRABER PLOTZKER & WARD LLP

Address (see instructions)

150 EAST 58TH STREET, 20TH FLOOR

City, town or post office     State   ZIP code

NEW YORK, NY 10155

2 Your social security number     3 Spouse's social security number

[redacted]

**Part II** Individual Income Tax

| 4 | Estimate of total tax liability for 2004 | $ | 263. |
|---|---|---|---|
| 5 | Total 2004 payments | | 0. |
| 6 | **Balance due.** Subtract 5 from 4 | | 263. |
| 7 | Amount you are paying ► | | 263. |

Confirmation Number

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records ► _____

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                Form **4868** (2004)

--------------------------------------------------------

▲ Detach Here ▲

MAKE YOUR CHECK PAYABLE TO THE "UNITED STATES TREASURY"
AND MAIL FORM 4868 WITH YOUR PAYMENT TO:

INTERNAL REVENUE SERVICE
P.O. BOX 37003
HARTFORD, CT 06176-0003

FDIA4601L  06/28/04

**Gov Exh 5, Pg.4**

| SCHEDULE A<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Itemized Deductions<br>▶ Attach to Form 1040.<br>▶ See Instructions for Schedule A (Form 1040). | OMB No. 1545-0074<br>**2004**<br>07 |
|---|---|---|

Name(s) shown on Form 1040: NESIM BAHAR

Your social security number:

| Category | Line | Description | | Amount | Total |
|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 1,775. | |
| | 2 | Enter amount from Form 1040, line 37 | 2 | -1,276,277. | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 1,775. |
| Taxes You Paid (See instructions.) | 5 | State and local (check only one box):<br>a ☐ Income taxes, or<br>b ☒ General sales taxes (see instructions) | 5 | 224. | |
| | 6 | Real estate taxes (see instructions) | 6 | 4,489. | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 4,713. |
| Interest You Paid (See instructions.) | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 9,965. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ▶ _____ | 11 | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | 9,965. |
| Gifts to Charity<br>If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 1,600. | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16 | | |
| | 17 | Carryover from prior year | 17 | 1,471. | |
| | 18 | Add lines 15 through 17 .......... DISALLOWED CONTRIBUTIONS .......... -3,071. | | 18 | 0. |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 19 | 0. |
| Job Expenses and Most Other Miscellaneous Deductions (See instructions.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ _____ | 20 | | |
| | 21 | Tax preparation fees | 21 | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ▶ _____ | 22 | | |
| | 23 | Add lines 20 through 22 | 23 | | |
| | 24 | Enter amount from Form 1040, line 37 | 24 | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | 0. |
| Other Miscellaneous Deductions | 27 | Other — from list in the instructions. List type and amount ▶ _____ | | 27 | 0. |
| Total Itemized Deductions | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if MFS)?<br>☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39.<br>☐ Yes. Your deduction may be limited. See instructions for the amount to enter. | ▶ | 28 | 16,453. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301L 11/02/04    Schedule A (Form 1040) 2004

Gov Exh 5, Pg.5

**SCHEDULE C** \
**(Form 1040)** \
Department of the Treasury \
Internal Revenue Service

# Profit or Loss From Business
## (Sole Proprietorship)

► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. \
► Attach to Form 1040 or 1041.   ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2004** \
09

Name of proprietor: **NESIM BAHAR** \
Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): REAL ESTATE \
**B** Enter code from instructions: ► 531310 \
**C** Business name. If no separate business name, leave blank. \
**D** Employer ID number (EIN), if any \
**E** Business address (including suite or room no.) ► \
   City, town or post office, state, and ZIP code \
**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ► \
**G** Did you 'materially participate' in the operation of this business during 2004? If 'No,' see instructions for limit on losses. [X] Yes [ ] No \
**H** If you started or acquired this business during 2004, check here ► [ ]

## Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ► [ ] | 1 | 15,000. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 15,000. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 15,000. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | Gross income. Add lines 5 and 6 ► | 7 | 15,000. |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 20 Rent or lease (see instructions): | | |
| | | | | a Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees | 10 | | b Other business property | 20b | |
| 11 | Contract labor (see instructions) | 11 | | 21 Repairs and maintenance | 21 | |
| | | | | 22 Supplies (not included in Part III) | 22 | |
| 12 | Depletion | 12 | | 23 Taxes and licenses | 23 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | 450. |
| | | | | b Meals and entertainment . . . . 672. | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | c Enter nondeductible amount included on line 24b (see instrs) . . 336. | | |
| 15 | Insurance (other than health) | 15 | | | | |
| 16 | Interest: | | | d Subtract line 24c from line 24b | 24d | 336. |
| a | Mortgage (paid to banks, etc) | 16a | | 25 Utilities | 25 | |
| b | Other | 16b | | 26 Wages (less employment credits) | 26 | |
| 17 | Legal & professional services | 17 | | 27 Other expenses (from line 48 on page 2) | 27 | 4,396. |
| 18 | Office expense | 18 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ► | | | | 28 | 5,182. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | 9,818. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | 31 | 9,818. |

- If a profit, enter on **Form 1040, line 12**, and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
- If a loss, you **must** go to line 32.

32  If you have a loss, check the box that describes your investment in this activity (see instructions).

- If you checked 32a, enter the loss on **Form 1040, line 12**, and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.  
  32a [ ] All investment is at risk.
- If you checked 32b, you **must** attach Form 6198.  
  32b [ ] Some investment is not at risk.

**BAA** For Paperwork Reduction Act Notice, see Form 1040 instructions. \
FDIZ0112L 05/06/04 \
Schedule C (Form 1040) 2004

**Gov Exh 5, Pg.6**

Schedule C (Form 1040) 2004 NESIM BAHAR                                              Page 2

### Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation .................................................................................................... ☐ Yes  ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____.

44  Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:
  a Business _____   b Commuting _____   c Other _____

45  Do you (or your spouse) have another vehicle available for personal use? ................................. ☐ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours? ........................................ ☐ Yes  ☐ No

47a Do you have evidence to support your deduction? ................................................................ ☐ Yes  ☐ No

  b If 'Yes,' is the evidence written? ..................................................................................... ☐ Yes  ☐ No

### Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| BANK CHARGES | 220. |
| CREDIT CARD FEES | 150. |
| DUES AND SUBSCRIPTIONS | 221. |
| FILING FEES | 109. |
| FINANCE CHARGE | 99. |
| INTERNET CONNECTION | 636. |
| MISCELLANEOUS | 559. |
| TELEPHONE | 2,402. |
| **48 Total other expenses.** Enter here and on page 1, line 27 | **4,396.** |

Schedule C (Form 1040) 2004

FDIZ0112L  05/06/04

**Gov Exh 5, Pg.7**

| SCHEDULE D (Form 1040) Department of the Treasury Internal Revenue Service (99) | Capital Gains and Losses ► Attach to Form 1040.   ► See Instructions for Schedule D (Form 1040). ► Use Schedule D-1 to list additional transactions for lines 1 and 8. | OMB No. 1545-0074 **2004** 12 |
|---|---|---|

Name(s) shown on Form 1040: NESIM BAHAR

Your social security number: [REDACTED]

## Part I — Short-Term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3 **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) | 3 | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | | 6 | |
| 7 **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) | | 7 | |

## Part II — Long-Term Capital Gains and Losses – Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | |
| 10 **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) | 10 | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | 11 | 385,860. |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | 12 | |
| 13 Capital gain distributions. See instrs | | 13 | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | | 14 | |
| 15 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). Then go to Part III on page 2 | | 15 | 385,860. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule D (Form 1040) 2004

FDIA0612L  11/02/04

**Gov Exh 5, Pg.8**

Schedule **D** (Form 1040) 2004   NESIM BAHAR                                                                      Page **2**

### Part III  Summary

| | | |
|---|---|---:|
| 16 | Combine lines 7 and 15 and enter the result. If line 16 is a loss, skip lines 17 through 20, and go to line 21. If a gain, enter the gain on Form 1040, line 13, and then go to line 17 below................................ | **16**  385,860. |
| 17 | Are lines 15 and 16 **both** gains? | |
| | ☐ **Yes.** Go to line 18. | |
| | ☐ **No.** Skip lines 18 through 21, and go to line 22. | |
| 18 | Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions................ ▶ | **18** |
| 19 | Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions........................................................................................ ▶ | **19** |
| 20 | Are lines 18 and 19 **both** zero or blank? | |
| | ☐ **Yes.** Complete Form 1040 through line 42, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040. **Do not** complete lines 21 and 22 below. | |
| | ☐ **No.** Complete Form 1040 through line 42, and then complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below. | |
| 21 | If line 16 is a loss, enter here and on Form 1040, line 13, the **smaller** of: | |
| | • The loss on line 16 or<br>• ($3,000), or if married filing separately, ($1,500) | **21** |
| | **Note.** When figuring which amount is smaller, treat both amounts as positive numbers. | |
| 22 | Do you have qualified dividends on Form 1040, line 9b? | |
| | ☐ **Yes.** Complete Form 1040 through line 42, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040. | |
| | ☐ **No.** Complete the rest of Form 1040. | |

Schedule **D** (Form 1040) 2004

FDIA0612L  11/02/04

**Gov Exh 5, Pg.9**

| Schedule E (Form 1040) 2004 | 13 | Page 2 |
|---|---|---|

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.    Your social security number

NESIM BAHAR

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column **(e)** on line 28 and attach **Form 6198.** See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses?... ☐ Yes  ☒ No
   If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | SEE STATEMENT 3 | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 471,860. |
| b Totals | | | 1,241,449. | | |

| 30 | Add columns (g) and (j) of line 29a | 30 | 471,860. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b | 31 | -1,241,449. |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | -769,589. |

### Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

### Part V — Summary

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ▶ | 41 | -769,589. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code N; and Schedule K-1 (Form 1041), line 14 (see instructions) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | -289,651. |

BAA                             FDIZ2302L  05/12/04                         Schedule E (Form 1040) 2004

**Gov Exh 5, Pg.10**

Schedule SE (Form 1040) 2004     **17**     Page 2

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ▶ |
|---|---|
| NESIM BAHAR | [redacted] |

## Section B — Long Schedule SE

### Part I   Self-Employment Tax

**Note.** If your only income subject to self-employment tax is **church employee income,** skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

| | | | |
|---|---|---|---|
| A | If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I ............... ▶ | | ☐ |
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. **Note.** Skip this line if you use the farm optional method (see instructions)................ | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report. **Note.** Skip this line if you use the nonfarm optional method (see instructions).......................... | 2 | 9,818. |
| 3 | Combine lines 1 and 2........................................................... | 3 | 9,818. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3........ | 4a | 9,067. |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here................ | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **stop;** you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue ......... ▶ | 4c | 9,067. |
| 5a | Enter your **church employee income** from Form W-2. See the instructions for definition of church employee income ..................   5a | | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- ................................. | 5b | 0. |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b............................... | 6 | 9,067. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2004 ........................... | 7 | 87,900. |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $87,900 or more, skip lines 8b through 10, and go to line 11 .........................   8a   87,900. | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9)........   8b | | |
| c | Add lines 8a and 8b.................................................................. | 8c | |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11.............. ▶ | 9 | |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124)........................................ | 10 | |
| 11 | Multiply line 6 by 2.9% (.029)........................................................ | 11 | 263. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 57**................ | 12 | 263. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 30**...............................   13   132. | | |

### Part II   Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income(1) was not more than $2,400 **or (b)** your net farm profits(2) were less than $1,733.

| | | |
|---|---|---|
| 14 | Maximum income for optional methods...................................................... | 14 | 1,600. |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income(1) (not less than zero) **or** $1,600. Also, include this amount on line 4b above..................................................... | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits(3) were less than $1,733 and also less than 72.189% of your gross nonfarm income(4) **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution.** You may use this method no more than five times.

| | | |
|---|---|---|
| 16 | Subtract line 15 from line 14............................................................ | 16 | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income(4) (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above ....................................... | 17 | |

(1) From Schedule F, line 11, and Schedule K-1 (Form 1065), box 14, code B.
(2) From Schedule F, line 36, and Schedule K-1 (Form 1065), box 14, code A.
(3) From Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A; and Schedule K-1 (Form 1065-B), box 9.
(4) From Schedule C, line 7; Schedule C-EZ, line 1; Schedule K-1 (Form 1065), box 14, code C; and Schedule K-1 (Form 1065-B), box 9.

BAA     FDIA1102L  10/27/04     Schedule SE (Form 1040) 2004

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))<br>► Attach to your tax return.    ► See separate instructions. | **2004**<br>27 |

Name(s) shown on return | Identifying number
NESIM BAHAR |

1  Enter the gross proceeds from sales or exchanges reported to you for 2004 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions)........................ | 1 |

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (see instructions)

| 2  (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| FROM K-1 | | | | | | 385,860. |
| | | | | | | |
| | | | | | | |

3  Gain, if any, from Form 4684, line 39........................................................... | 3 | 
4  Section 1231 gain from installment sales from Form 6252, line 26 or 37........................... | 4 |
5  Section 1231 gain or (loss) from like-kind exchanges from Form 8824............................. | 5 |
6  Gain, if any, from line 32, from other than casualty or theft....................................... | 6 |
7  Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows......... | 7 | 385,860.

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

8  Nonrecaptured net section 1231 losses from prior years (see instructions)........................ | 8 |
9  Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on Schedule D (see instructions)........................ | 9 |

**Part II**  Ordinary Gains and Losses

10  Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

11  Loss, if any, from line 7........................................................................ | 11 |
12  Gain, if any, from line 7 or amount from line 8, if applicable....................................... | 12 |
13  Gain, if any, from line 31..................................................................... | 13 |
14  Net gain or (loss) from Form 4684, lines 31 and 38a............................................ | 14 |
15  Ordinary gain from installment sales from Form 6252, line 25 or 36............................... | 15 |
16  Ordinary gain or (loss) from like-kind exchanges from Form 8824................................ | 16 |
17  Combine lines 10 through 16................................................................ | 17 |
18  For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

  a If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18a.' See instructions.................................................................... | 18a |

  b Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14.................................................................................. | 18b |

BAA  For Paperwork Reduction Act Notice, see instructions.                                    Form 4797 (2004)

| Form **6251** | | Alternative Minimum Tax — Individuals | OMB No. 1545-0227 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | ► See separate instructions.<br>► Attach to Form 1040 or Form 1040NR. | **2004**<br>32 |

Name(s) shown on Form 1040  
NESIM BAHAR

Your social security number

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| | | | |
|---|---|---|---:|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 40, and go to line 2. Otherwise, enter the amount from Form 1040, line 37, and go to line 7. (If less than zero, enter as a negative amount.). | 1 | -1,292,730. |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4 **or** 2-1/2% of Form 1040, line 37... | 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9. | 3 | 4,713. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet on page 2 of the instructions. | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26. | 5 | |
| 6 | If Form 1040, line 37, is over $142,700 (over $71,350 if married filing separately), enter the amount from line 9 of the **Itemized Deductions Worksheet** in the Instructions for Schedules A and B (Form 1040). | 6 | |
| 7 | Tax refund from Form 1040, line 10 or line 21. | 7 | |
| 8 | Investment interest expense (difference between regular tax and AMT). | 8 | |
| 9 | Depletion (difference between regular tax and AMT). | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | 571,738. |
| 11 | Interest from specified private activity bonds exempt from the regular tax. | 11 | |
| 12 | Qualified small business stock (7% of gain excluded under section 1202). | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income). | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), line 9). | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6). | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss). | 16 | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT). | 17 | 103,729. |
| 18 | Passive activities (difference between AMT and regular tax income or loss). | 18 | |
| 19 | Loss limitations (difference between AMT and regular tax income or loss). | 19 | |
| 20 | Circulation costs (difference between regular tax and AMT). | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income). | 21 | |
| 22 | Mining costs (difference between regular tax and AMT). | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT). | 23 | |
| 24 | Income from certain installment sales before January 1, 1987. | 24 | |
| 25 | Intangible drilling costs preference. | 25 | |
| 26 | Other adjustments, including income-based related adjustments. | 26 | |
| 27 | Alternative tax net operating loss deduction. | 27 | |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $191,000, see instructions.). | 28 | -612,550. |

### Part II — Alternative Minimum Tax

29 Exemption. (If this form is for a child under age 14, see instructions.)

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... | | |
|---|---|---|---|---:|
| Single or head of household | $112,500 | $40,250 | | |
| Married filing jointly or qualifying widow(er) | 150,000 | 58,000 | 29 | 40,250. |
| Married filing separately | 75,000 | 29,000 | | |

If line 28 is **over** the amount shown above for your filing status, see instructions.

| | | | |
|---|---|---|---:|
| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here. | 30 | 0. |
| 31 | • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 55 here.<br>• **All others:** If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | |
| 32 | Alternative minimum tax foreign tax credit (see instructions). | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31. | 33 | 0. |
| 34 | Tax from Form 1040, line 43 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 46). If you used Schedule J to figure your tax, the amounts for lines 43 and 46 of Form 1040 must be refigured without using Schedule J (see instructions). | 34 | |
| 35 | **Alternative minimum tax.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 44. | 35 | 0. |

BAA For Paperwork Reduction Act Notice, see separate instructions.     FDIA5312L 11/24/04     Form 6251 (2004)

Gov Exh 5, Pg.13

| 2004 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| CLIENT 7423-01 | NESIM BAHAR | |

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | LOCAL W/H |
|---|---|---|---|---|---|---|
| ALEXICO MGMT | 120,000. | | 5,450. | 1,740. | | 34. |
| ROCKY 116 LLC | | | | | | |
| GRAND TOTAL | 120,000. | 0. | 5,450. | 1,740. | 0. | 34. |

**STATEMENT 2**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | |
|---|---|
| LOSS ON SECTION 988 | $ -460,108. |
| NET OPERATING LOSS CARRYOVER | -571,738. |
| TOTAL | $ -1,031,846. |

| 2004 | | | FEDERAL STATEMENTS | | | | | | PAGE 2 |
|---|---|---|---|---|---|---|---|---|---|
| CLIENT 7423-01 | | | NESIM BAHAR | | | | | | |

STATEMENT 3
SCHEDULE E, PAGE 2
PART II - INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS

| NAME | TYPE | X IF FOREIGN | EMPLOYER I.D. NO. | ANY INVEST. NO AT RISK | PTP | PASSIVE LOSS FROM FORM 8582 | PASSIVE INC. FROM SCH. K-1 | NONPASSIVE LOSS FROM SCH. K-1 | SECTION 179 DEDUCTION | NONPASSIVE INCOME FROM K-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| KISLEV PARTNERS, L.P. | P | | 98-0174122 | | | | | | | $ 450,523. |
| 351 EAST 54 LLC | P | | 13-4072986 | | | | | $ 300. | | |
| 120 EAST 90 LLC | P | | 13-4026408 | | | | | 13,063. | | |
| 890 FIRST LLC | P | | 26-0003452 | | | | | 32,582. | | |
| 201 EAST 25 LLC | P | | 04-3698001 | | | | | | | 21,337. |
| 200 EAST 27 LLC | P | | 04-3697991 | | | | | 107,660. | | |
| 205 EAST 45 LLC | P | | 41-2036078 | | | | | 957,491. | | |
| 110 WEST 86 LLC | P | | 27-0080622 | | | | | 36,275. | | |
| BUSINESS INTEREST | P | | | | | | | 19,730. | | |
| RINGO RESTAURANT | P | | 14-1878287 | | | | | 74,348. | | |
| | | | | | TOTAL | $ 0. | $ 0. | $ 1,241,449. | $ 0. | $ 471,860. |