0822130345918-6

# Form 1040 — U.S. Individual Income Tax Return 2005

Department of the Treasury — Internal Revenue Service

For the year Jan 1 - Dec 31, 2005, or other tax year beginning _____ , 2005, ending _____ , 20 ___

OMB No. 1545-0074

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

Your first name: **NESIM**  MI: ___  Last name: **BAHAR**

If a joint return, spouse's first name: ___  MI: ___  Last name: ___

Home address (number and street). If you have a P.O. box, see instructions. ___  Apartment no. ___

City, town or post office. If you have a foreign address, see instructions.  State  ZIP code
**NEW YORK, NY 10014**

You must enter your social security number(s) above ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ........ ▶ ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status** — Check only one box
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- b ☐ Spouse
- c Dependents:
  - (1) First name / Last name
  - (2) Dependent's social security number
  - (3) Dependent's relationship to you
  - (4) ✓ if qualifying child for child tax credit (see instrs)

Boxes checked on 6a and 6b: **1**
No. of children on 6c who: lived with you ___ ; did not live with you due to divorce or separation (see instrs) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ **1**

d Total number of exemptions claimed ...

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 136,000. |
| 8a | Taxable interest. Attach Schedule B if required | 36,733. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | 213,905. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions ___ b Taxable amount (see instrs) | 15b |
| 16a | Pensions and annuities ___ b Taxable amount (see instrs) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | -598,107. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ___ b Taxable amount (see instrs) | 20b |
| 21 | Other income NET OPERATING LOSS CARRYOVER | -1,607,404. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | -1,818,873. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instructions) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction (see instructions) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 0. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | -1,818,873. |

INTERNAL REVENUE SERVICE RECEIVED OCT 2 3 2006 MAIL ANDOVER, MASS. 05501 #356

RECEIVED MAY 0 9 2007 TE:GE:EO:EA:T CAMPUS

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  FDIA0112L 11/07/05  Form 1040 (2005)

**GOVERNMENT EXHIBIT 6**

Gov Exh 6, Pg. 1

Form 1040 (2005)   NESIM BAHAR                                                                     Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | -1,818,873. |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ▶ 39a | | |
| Standard Deduction for — | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,000. |
| | 41 | Subtract line 40 from line 38 | 41 | -1,823,873. |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | 3,200. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| • All others: | 44 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 0. |
| Single or Married filing separately, $5,000 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 0. |
| | 46 | Add lines 44 and 45 ▶ | 46 | 0. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| Head of household, $7,300 | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit (see instructions). Attach Form 8901 if required | 52 | |
| | 53 | Adoption credit. Attach Form 8839 | 53 | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 54 | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ___ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57-62. This is your total tax ▶ | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| If you have a qualifying child, attach Schedule EIC | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | |
| | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see instructions) | 69 | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | 71 | 0. |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | 72 | |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want refunded to you ▶ | 73a | |
| | ▶ b | Routing number ___ ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number ___ | | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | 75 | 0. |
| | 76 | Estimated tax penalty (see instructions) 76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No | | | |
| | Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶ | | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature ▶ [signed]   Date 10/16/06   Your occupation ___   Daytime phone number (212) 371-8[___] | | | |
| | Spouse's signature. If a joint return, both must sign. ▶ [signed]   Date ___   Spouse's occupation ___ | | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ [signed]   Date 10/16/06   Check if self-employed ☐   Preparer's SSN or PTIN [redacted] | | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ DAVIS GRABER PLOTZKER & WARD LLP  150 EAST 58TH STREET, 20TH FLOOR  NEW YORK, NY 10155   EIN 20-0494412   Phone no. (212) 230-2600 | | | |

Form 1040 (2005)

FDIA0112L 11/07/05

| Form **4868** | **Application for Automatic Extension of Time To File U.S. Individual Income Tax Return** | OMB No 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2005, or other tax year beginning , 2005, ending , | **2005** |

Caution: Incorrect or missing information may cause a delay in processing.

| Part I | Identification | Part II | Individual Income Tax | |
|---|---|---|---|---|
| 1 | Your name(s) (see instructions)<br><br>NESIM BAHAR<br>DAVIS GRABER PLOTZKER & WARD LLP | 4 | Estimate of total tax liability for 2005 ............... $ | 0. |
| | | 5 | Total 2005 payments ........ | 0. |
| | Address (see instructions)<br>150 EAST 58TH STREET, 20TH FLOOR | 6 | **Balance due.** Subtract line 5 from line 4 (see instructions).... | 0. |
| | City, town or post office  State  ZIP code<br>NEW YORK, NY 10155 | 7 | Amount you are paying (see instructions) ........ ▶ | 0. |
| 2 | Your social security number  3 Spouse's social security number<br>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 | 8 | Check here if you are 'out of the country' and a U.S. citizen or resident. .............. ▶ ☐ | |

BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                           Form **4868** (2005)

▲ Detach Here ▲

MAIL FORM 4868 TO:

INTERNAL REVENUE SERVICE
ANDOVER, MA 05501-0002

FDIA4501L 12/01/05

Schedule B (Form 1040) 2005  
OMB No. 1545-0074  
Page 2

Name(s) shown on Form 1040.  
NESIM BAHAR

Your social security number

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the Instructions and list this interest first. Also, show that buyer's social security number and address.......▶

| Payer | Amount |
|---|---:|
| 110 WEST 86 LLC | 7. |
| 120 EAST 90 LLC | 6,695. |
| 205 EAST 45 LLC | 165. |
| 890 FIRST LLC | 6,551. |
| CHASE | 2,681. |
| CHASE | 409. |
| KISLEV PARTNERS, L.P. | 20,225. |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2. Add the amounts on line 1..... | 2 | 36,733.

3. Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | 3 |

4. Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 36,733.

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9a.)

5. List name of payer... ▶

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | Amount |
|---|---:|
| 5 | |

6. Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ............▶ | 6 | 0.

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|:---:|:---:|
| 7a At any time during 2005, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1.. | | X |
| b If 'Yes,' enter the name of the foreign country. ▶ | | |
| 8 During 2005, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions.............. | | X |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.  
FDIA0401L 07/29/05  
Schedule B (Form 1040) 2005

Gov Exh 6, Pg. 4

| SCHEDULE D | | Capital Gains and Losses | | OMB No 1545-0074 | |
|---|---|---|---|---|---|
| (Form 1040) | | ► Attach to Form 1040. ► See Instructions for Schedule D (Form 1040). | | **2005** | |
| Department of the Treasury Internal Revenue Service (99) | | ► Use Schedule D-1 to list additional transactions for lines 1 and 8. | | Attachment Sequence No. **12** | |

Name(s) shown on Form 1040: NESIM BAHAR

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | | 2 | | | |
| 3 Total short-term sales price amounts. Add lines 1 and 2 in column (d). | | 3 | | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | | | | 6 | |
| 7 Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | | | | 7 | |

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8 SEMIBO, INC | 8/19/03 | 5/31/05 | 5,100. | 10,000. | -4,900. |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | | 9 | | | |
| 10 Total long-term sales price amounts. Add lines 8 and 9 in column (d) | | 10 | 5,100. | | |
| 11 Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | 11 | 218,805. |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | 12 | |
| 13 Capital gain distributions. See instrs | | | | 13 | |
| 14 Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | | | | 14 | |
| 15 Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on page 2 | | | | 15 | 213,905. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.  Schedule D (Form 1040) 2005

FDIA0612L 05/18/05

Gov Exh 6, Pg. 5

Schedule D (Form 1040) 2005  NESIM BAHAR                                                                                    Page 2

**Part III** Summary

16  Combine lines 7 and 15 and enter the result. If line 16 is a loss, skip lines 17 through 20, and go to line 21. If a gain, enter the gain on Form 1040, line 13, and then go to line 17 below............................... | 16 | 213,905.

17  Are lines 15 and 16 both gains?
   ☐ Yes. Go to line 18.
   ☐ No. Skip lines 18 through 21, and go to line 22.

18  Enter the amount, if any from line 7 of the **28% Rate Gain Worksheet** in the instructions........ ▶ | 18 |

19  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions............................... ▶ | 19 |

20  Are lines 18 and 19 both zero or blank?
   ☐ Yes. Complete Form 1040 through line 43, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040. **Do not complete lines 21 and 22 below.**
   ☐ No. Complete Form 1040 through line 43, and then complete the **Schedule D Tax Worksheet** in the instructions. **Do not complete lines 21 and 22 below**

21  If line 16 is a loss, enter here and on Form 1040, line 13, the **smaller** of:
   • The loss on line 16 or
   • ($3,000), or if married filing separately, ($1,500)                                                                    | 21 |

   Note. When figuring which amount is smaller, treat both amounts as positive numbers.

22  Do you have qualified dividends on Form 1040, line 9b?
   ☐ Yes. Complete Form 1040 through line 43, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040.
   ☐ No. Complete the rest of Form 1040.

Schedule D (Form 1040) 2005

FDIA0612L  05/18/05

Schedule E (Form 1040) 2005     Attachment Sequence No. 13     Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1     Your social security number

NESIM BAHAR

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

Note. If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column (e) on line 28 and attach Form 6198. See instructions.

27    Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses?    [X] Yes    [ ] No

If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | SEE STATEMENT 2 | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

29a Totals                                                                   3,267,397.
b Totals                                                        3,865,444.

30    Add columns (g) and (j) of line 29a                           30    3,267,397.
31    Add columns (f), (h), and (i) of line 29b                    31    -3,865,444.
32    Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below        32    -598,107.

### Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |

34a Totals
b Totals

35    Add columns (d) and (f) of line 34a                     35
36    Add columns (c) and (e) of line 34b                     36
37    Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below    37

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39    Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below        39

### Part V — Summary

40    Net farm rental income or (loss) from Form 4835. Also, complete line 42 below             40
41    Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17              ► 41    -598,107.
42    Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code N; and Schedule K-1 (Form 1041), line 14, code F (see instructions)    42
43    Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules    43    -342,301.

BAA            FDIZ2304 11/14/05            Schedule E (Form 1040) 2005

---

Schedule D-1 (Form 1040) (99)        ► Attach to your tax return.    ► See separate instructions.        Attachment Sequence No. 27

Internal Revenue Service

Name(s) shown on return

NESIM BAHAR

1    Enter the gross proceeds from sales or exchanges reported to you for 2005 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions)    1

### Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (see instructions)

| 2 | (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | FROM K-1 | | | | | | 218,805. |
| | | | | | | | |

3    Gain, if any, from Form 4684, line 42                                3
4    Section 1231 gain from installment sales from Form 6252, line 26 or 37           4
5    Section 1231 gain or (loss) from like-kind exchanges from Form 8824              5
6    Gain, if any, from line 32, from other than casualty or theft                  6

| 2005 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| CLIENT 7423-01 | NESIM BAHAR | |

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | LOCAL W/H |
|---|---|---|---|---|---|---|
| ALEXICO MGMT | 136,000. | | 5,580. | 2,175. | | 36. |
| ROCKY 116 LLC | | | | | | |
| GRAND TOTAL | 136,000. | 0. | 5,580. | 2,175. | 0. | 36. |

| 2005 | FEDERAL STATEMENTS | PAGE 2 |

CLIENT 7423-01                                    NESIM BAHAR

**STATEMENT 2**
**SCHEDULE E, PAGE 2**
**PART II - INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS**

| NAME | TYPE | X IF FOREIGN | EMPLOYER I.D. NO. | ANY INVEST. NO AT RISK | PTP | PASSIVE LOSS FROM FORM 8582 | PASSIVE INC. FROM SCH. K-1 | NONPASSIVE LOSS FROM SCH. K-1 | SECTION 179 DEDUCTION | NONPASSIVE INCOME FROM K-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| KISLEV PARTNERS, L.P. | P | | 98-0174122 | | | | | | | $ 3,756,555. |
| UPE | P | | 98-0174122 | | | | | $ 29,723. | | |
| SECTION 988 LOSS | P | | 98-0174122 | | | | | 3,276,681. | | |
| 120 EAST 90 LLC | P | | 13-4026408 | | | | | 10,915. | | |
| 890 FIRST LLC | P | | 26-0003452 | | | | | 45,589. | | |
| 201 EAST 25 LLC | P | | 04-3698001 | | | | | | | 10,782. |
| 200 EAST 27 LLC | P | | 04-3697991 | | | | | 92,399. | | |
| 205-45 LLC | P | | 41-2036078 | | | | | | | |
| 1 W WEST 86 LLC | P | | 27-0080622 | | | | | 57,750. | | |
| BUSINESS INTEREST | P | | | | | | | 37,001. | | |
| RINGO RESTAURANT | P | | 14-1878287 | | | | | | | |
| 205 EAST 45 LLC | P | | 13-4091465 | | | | | 315,386. | | |
| | | | | | TOTAL | $ 0. | $ 0. | $ 3,865,444. | $ 0. | $ 3,267,337. |

JAN-24-2008 10:22                                   05336       P.10/10
TOTAL P.10
Gov Exh 6, Pg. 9