IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-625 T
(Judge Mary Ellen Coster Williams)

KISLEV PARTNERS, L.P., by and through NESIM BAHAR,
a Partner Other than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED CERTIFICATE OF SERVICE**

Defendant moves the court for leave to file a corrected certificate of service with respect to the Motion to Dismiss which defendant filed on May 16, 2008. The Certificate as filed stated that the tax matters partner, Izak Senbahar was being served by regular mail on May 16, 2008. Due to lack of appropriate communication, detailed below, the copy being served on Mr. Senbahar did not get placed in the mail until Monday, May 19, 2008. The corrected Certificate is attached hereto.

This case has been marked by the Clerk of the Court of Federal Claims for electronic filing. Upon filing, all participating parties are served electronically. Rules of the Court of Federal Claims, App. E. Rule 12(c). In this instance, plaintiff Nesim Bahar was served electronically on May 16, 2008. In TEFRA actions, where the tax matters partner is not a participating party, RCFC App. F. Rule 5(c) provides that the filing party shall serve the tax

matters partner. Although defendant's trial counsel prepared the certificate of service as filed in this case, trial counsel failed to inform the person who would normally mail the copy to the tax matters partner that a copy needed to be sent. The fact that the copy was not served as provided on the filed certificate of service was discovered on May 19, 2008, and a copy has been served on Mr. Senbahar on that date.

WHEREFORE, defendant requests that the corrected certificate of service attached hereto be filed in this case.

Respectfully submitted,

May 19, 2008

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366 - telephone
(202) 514-9440 - facsimile
David.R.House@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

s/ Steven I. Frahm

May 19, 2008 Of Counsel

**CORRECTED CERTIFICATE OF SERVICE**

I certify that service of Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(1) and Memorandum in Support has, this 19th day of May, 2008, been made on the Tax Matters Partner by mailing a copy thereof to the following address:

Izak Senbahar
150 E. 58th Street
New York, NY 10155

s/David R. House
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D. C. 20044
(202) 616-3366

**CERTIFICATE OF SERVICE**

I certify that service of Defendant's Motion for Leave to File Corrected Certificate of Service has this 19th day of May, 2008, been made on the Tax Matters Partner by mailing a copy thereof to the following address:

Izak Senbahar
150 E. 58th Street
New York, NY 10155

s/David R. House
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D. C. 20044
(202) 616-3366