# In the United States Court of Federal Claims

**No. 07-625T**
**(Filed: May 20, 2008)**

| | |
|---|---|
| **KISLEV PARTNERS, L.P.,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

On May 14, 2008, Plaintiff filed a motion for leave to amend its complaint in order to revise the manner in which Plaintiff reported tax losses to the Internal Revenue Service resulting from the conversion of euros to U.S. dollars in 2002. Plaintiff asserts that the revisions do not affect the total amount of tax losses reported by the partners to the Internal Revenue Service. Defendant does not oppose this motion.

Plaintiff's motion for leave to amend the complaint is **GRANTED**. The Clerk of Court is directed to accept the amended complaint for filing this date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**