# In the United States Court of Federal Claims

**No. 07-625T**

**(Filed May 20, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**KISLEV PARTNERS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED CERTIFICATE OF SERVICE**

---

On May 16, 2008, Defendant filed a motion for leave to file a corrected certificate of service accompanying its motion to dismiss filed on May 16, 2008. Good cause having been shown, this motion is **GRANTED**. The Clerk is directed to accept Defendant's Corrected Certificate of Service for filing this date.

**s/Mary Ellen Coster Williams**
MARY ELLEN COSTER WILLIAMS
Judge