**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KISLEV PARTNERS, L.P.,<br>by and through Nesim Bahar,<br>A Partner Other Than the Tax Matters Partner<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 07-625<br><br>Judge Mary Ellen Coster Williams |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS**

Plaintiff moves the Court for leave to file Exhibits A through C with respect to the First Amended Complaint filed with Plaintiff's Motion for Leave to Amend its Complaint on May 14, 2008. These Exhibits were included with the Complaint Plaintiff originally filed with the Court on August 22, 2007. Plaintiff did not believe it was necessary to file the Exhibits with the First Amended Complaint as the First Amended Complaint relates back to the Complaint originally filed with the Court and Plaintiff did not want to burden the records of the Court. However, because Defendant raised, in its Answer to Plaintiff's First Amended Complaint, Plaintiff's failure to include the Exhibits when it filed its Motion for Leave to Amend its Complaint, Plaintiff seeks to clarify any uncertainty or confusion by filing this Motion for Leave to File Exhibits accompanied with a second copy of such Exhibits.

WHEREFORE, Plaintiff requests that the Exhibits attached hereto be filed in this case.

Respectfully submitted this 11th day of June, 2008.

s/ N. Jerold Cohen_
N. Jerold Cohen
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8038
Fax: (404) 853-8806
Attorney for Plaintiff

OF COUNSEL:

Lewis S. Wiener
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Tel: (202) 383-0140
Fax: (202) 637-3593

Amanda F. Wilson
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8150
Fax: (404) 853-8806

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiff's Reply to Defendant's Answer has been made on June 11, 2008 via the Court's CM/ECF system to:

David R. House
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
David.R.House@usdoj.gov

s/ N. Jerold Cohen
N. Jerold Cohen