Sutherland Asbill & Brennan LLP
ATTORNEYS AT LAW

999 Peachtree Street, NE
Atlanta, GA 30309-3996
404.853.8000
fax 404.853.8806
www.sablaw.com

AMANDA F. WILSON
DIRECT LINE: 404 853-8150
Internet: amanda.wilson@sablaw.com

August 2, 2007

VIA FEDERAL EXPRESS

James Batory
Internal Revenue Service
2001 Butterfield Road
Downers Grove, IL 60515

Re: Nesim Bahar
[redacted]-2252

Dear Mr. Batory:

I am enclosing JP Morgan Chase Bank check number 4659 made payable to the United States Treasury in the amount of $9,500.00 to be applied to Nesim Bahar's Form 1040 for the taxable year ended December 31, 2002. This includes the total amount of tax, in addition to any tax previously paid, as well as our calculation of associated interest, that would be due from Mr. Bahar by taking into account all of the adjustments made by the Notice of Final Partnership Administrative Adjustment issued to Kislev Partners, L.P. for the taxable year ended December 31, 2002.

The payment of tax is intended to satisfy the deposit requirements of Internal Revenue Code § 6226(e)(1).

If you have any questions, please give me a call at (404) 853-8150.

Regards,

Amanda F. Wilson

AFW/aga

EXHIBIT C

AO 1739744.1

400 EAST 51ST STREET, LLC
150 EAST 58TH STREET, 32ND FLOOR
NEW YORK, NY 10155

JPMORGAN CHASE BANK
NEW YORK CITY, NY 10015
1-2/210

4659

7/30/2007

PAY TO THE ORDER OF United States Treasury $ **9,500.00

Nine Thousand Five Hundred and 00/100*************************************************************************************** DOLLARS

United States Treasury
Internal Revenue Service Center
PO Box 7328
Philadelphia, PA 19162-7328

MEMO

⑈004659⑈ ⑆[redacted]

© 2005 INTUIT INC., # 642 1-800-433-8810