**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 07-625 T
(Judge Mary Ellen Coster Williams)

KISLEV PARTNERS, L.P., by and through NESIM BAHAR,
A Partner Other than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DECLARATION OF AMANDA F. WILSON**

I, Amanda F. Wilson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am an attorney with the law firm Sutherland Asbill & Brennan LLP and am licensed to practice in the State of Georgia.

2. Sutherland Asbill & Brennan LLP represents Nesim Bahar and Kislev Partners, L.P. in the matter of their respective audits before the Internal Revenue Service for their 2002 taxable years.

3. On August 2, 2007, as counsel to Mr. Bahar and Kislev Partners, I sent a letter to Mr. James Batory at the Internal Revenue Service, which included a payment of $9,500 that was to be applied to Mr. Bahar's Form 1040 for the 2002 taxable year. This payment was intended to satisfy the jurisdictional deposit requirement of 26 U.S.C. § 6226(e)(1). A copy of this correspondence is attached as Exhibit A.

4. The amount deposited with the government was based on my calculation of the amount by which Mr. Bahar's tax liability would increase for his 2002 taxable year if the adjustments made by the Final Partnership Administrative Adjustment issued to Kislev Partners, L.P. for the December 31, 2002 taxable year were sustained. My calculation was based on my understanding of the relevant provisions of the Internal Revenue Code of 1986, as amended, and the applicable Treasury regulations thereunder.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 16, 2008, in Atlanta Georgia.

Amanda F. Wilson