**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KISLEV PARTNERS, L.P.,<br>by and through Nesim Bahar,<br>A Partner Other Than the Tax Matters Partner<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 07-625<br><br>Judge Mary Ellen Coster Williams |

**PLAINTIFF'S MOTION TO RESCHEDULE ORAL ARGUMENT**

Plaintiff moves the Court for leave to reschedule the oral argument scheduled three days from today on July 17, 2008 on Defendant's Motion to Dismiss Plaintiff's Complaint. This morning, counsel for Defendant informed counsel for Plaintiff that that he would be filing a reply to Plaintiff's Response to Defendant's Motion to Dismiss. Plaintiff has not yet seen this reply and respectfully requests additional time to review this reply in preparation for the oral argument. Plaintiff therefore respectfully requests the Court to reschedule the oral argument. Counsel for Plaintiff discussed this motion with counsel for Defendant and he has no objection to Plaintiff's motion. Both parties are available on July 30, 2008 and July 31, 2008, if either date is acceptable to the Court. If such dates are not acceptable, the parties request that the Court propose an acceptable date.

Respectfully submitted this 14th day of July, 2008.

s/ N. Jerold Cohen_
N. Jerold Cohen
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8038
Fax: (404) 853-8806
Attorney for Plaintiff

OF COUNSEL:

Lewis S. Wiener
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Tel: (202) 383-0140
Fax: (202) 637-3593

Amanda F. Wilson
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8150
Fax: (404) 853-8806

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiff's Motion to Reschedule Oral Argument has been made on July 14, 2008 via the Court's CM/ECF system to:

David R. House
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
David.R.House@usdoj.gov

s/ N. Jerold Cohen
N. Jerold Cohen