# In the United States Court of Federal Claims

**No. 07-625T**
**(Filed: July 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**KISLEV PARTNERS, L.P.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS**

---

On June 11, 2008, Plaintiff filed a motion for leave to file Exhibits A through C with respect to its First Amended Complaint. Plaintiff's Motion for leave to file exhibits is **GRANTED**. The Clerk is directed to accept Exhibits A through C for filing this date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**