# In the United States Court of Federal Claims

**No. 07-625T**
**(Filed: July 16, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**KISLEV PARTNERS, L.P.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER FINDING AS MOOT PLAINTIFF'S MOTION TO RESCHEDULE ORAL ARGUMENT

---

On July 14, 2008, Plaintiff filed a motion to reschedule oral argument of Defendant's Motion to Dismiss Plaintiff's Complaint. Upon consideration of Plaintiff's motion and the record of the case, and with all parties in agreement, the Court deems oral argument unnecessary. Plaintiff's Motion to reschedule oral argument is therefore **MOOT**. The Court will decide Defendant's Motion to Dismiss Plaintiff's Complaint upon the record of the case and the briefs submitted by each party.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**