# In the United States Court of Federal Claims

**No. 07-625T**
**(Filed August 13, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * *

**KISLEV PARTNERS, L.P., by and through NESIM BAHAR, a Partner Other than the Tax Matters Partner,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CORRECTING CLERICAL MISTAKE

Pursuant to Rule 60(a) of the Rules of the United States Court of Federal Claims (RCFC), the Court sua sponte corrects a clerical mistake in its Opinion filed on August 5, 2008. RCFC 60(a) permits the Court on its own initiative or on the motion of any party to correct "[c]lerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission . . . ." RCFC 60(a).

The Court inadvertently omitted the underlined words from the following sentence on page 7 of the Opinion:

> Defendant's motion to dismiss is **DENIED**, provided that Plaintiff's petitioning partner makes an additional deposit of $2,895,546 with the Secretary of the Treasury with notice of filing to the Clerk of the Court within **60 days** from the date of this Opinion.

The Court will file an Amended Opinion and Order on August 13, 2008, reflecting these corrections.

s/ Mary Ellen Coster Willams
**MARY ELLEN COSTER WILLIAMS**
**Judge**