# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KISLEV PARTNERS, L.P.,
by and through Nesim Bahar,
A Partner Other Than the Tax Matters Partner

Plaintiff,

v.

United States of America,

Defendant.

No. 07-625

Judge Mary Ellen Coster Williams

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF OPINION OR, IN THE ALTERNATIVE, FOR CERTIFICATION OF INTERLOCUTORY APPEAL

Plaintiff moves, pursuant to Rule 59 of the Rules of the United States Court of Federal Claims, for the Court to reconsider its August 5, 2008 Opinion and Order (the "Opinion") holding that Plaintiff failed to satisfy the jurisdictional deposit requirement of 26 U.S.C. § 6226(e)(1) or, alternatively, pursuant to 28 U.S.C. § 1292(d), for the Court to enter an order certifying its Opinion as appropriate for interlocutory review. Plaintiff also moves for the Court to modify its Opinion and Order such that the deadline for Plaintiff's petitioning partner to cure the jurisdictional deposit shortfall be 60 days from the final resolution of this Motion.

In support of this Motion, Plaintiff respectfully refers the Court to the attached Memorandum in Support of Plaintiffs' Motion for Reconsideration or, in the Alternative, for Certification of Interlocutory Appeal.

Respectfully submitted this 15th day of August, 2008.

s/ N. Jerold Cohen
N. Jerold Cohen
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8038
Fax: (404) 853-8806
Attorney for Plaintiff

OF COUNSEL:

Lewis S. Wiener
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Tel: (202) 383-0140
Fax: (202) 637-3593

Amanda F. Wilson
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8150
Fax: (404) 853-8806

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiff's Reply to Defendant's Answer has been made on August 15, 2008 via the Court's CM/ECF system to:

David R. House
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
David.R.House@usdoj.gov

s/ N. Jerold Cohen
N. Jerold Cohen