# In the United States Court of Federal Claims

**No. 07-625T**
**(Filed August 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * *

**KISLEV PARTNERS, L.P., by and through NESIM BAHAR, a Partner Other than the Tax Matters Partner,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On August 5, 2008, the Court issued its Opinion and Order denying Defendant's Motion to Dismiss, provided that Plaintiff's petitioning partner cure the shortfall of $2,895,546 in its jurisdictional deposit within 60 days from the date of that Opinion.

On August 15, 2008, Plaintiff filed a Motion for Reconsideration, or in the Alternative, for Certification of Interlocutory Appeal. The Court requests that Defendant respond to this motion by **August 29, 2008**.

Pending the resolution of Plaintiff's motion, the 60-day period for Plaintiff to cure the shortfall in its jurisdictional deposit is tolled.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**