IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-625 T
(Judge Mary Ellen Coster Williams)

KISLEV PARTNERS, L.P., by and through NESIM BAHAR,
a Partner Other than the Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE,
MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 7 days from August 29, 2008, to September 5, 2008, within which to file defendant's response to plaintiff's Motion for Reconsideration. Plaintiff has no objections to the requested 7-day extension. This is the first such enlargement requested.

On August 15, 2008, plaintiff filed his Motion for Reconsideration or, in the alternative, Motion for Certification for Interlocutory Appeal. By Order entered August 15, 2008, the Court has ordered the Defendant to respond to that Motion by August 29, 2008. The reviewer familiar with this case and the prior filings is scheduled to be out of the office from August 25, 2008, to September 2, 2008, and will be unable to review Defendant's draft Response prior to leaving the office. In addition, due to the appointment of the former Chief of the Court of Federal Claims

Section, David Gustafson, to the Tax Court, there is a shortage of reviewers. The additional time is requested to permit the Government's draft response to be reviewed.

Wherefore, defendant prays that its motion for a 7-day extension of time to respond to plaintiff's Motion for Reconsideration or, in the alternative, Motion for Certification for Interlocutory Appeal be allowed.

Respectfully submitted,

August 22, 2008

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3366 - telephone
(202) 514-9440 - facsimile
David.R.House@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

s/ Steven I. Frahm
Of Counsel

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing document has, this 22nd day of August, 2008, been made on the plaintiff by electronic filing. In addition, the Tax Matters Partner has been served by mailing a copy thereof to the following address:

Tax Matters Partner
Kislev Partners, L.P.
150 E. 58th Street
New York, NY 10155

/David R. House
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D. C. 20044
(202) 616-3366