# In the United States Court of Federal Claims

**No. 07-625T**

**(Filed August 22, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**KISLEV PARTNERS, L.P.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

On August 22, 2008, Defendant filed an unopposed Motion for an Extension of Time of seven days, to and including **September 5, 2008**, within which to file its response to Plaintiff's Motion for Reconsideration, or in the Alternative, for Certification of Interlocutory Appeal. Good cause having been shown, this motion is **GRANTED**.

**s/Mary Ellen Coster Williams**
MARY ELLEN COSTER WILLIAMS
Judge