**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KISLEV PARTNERS, L.P.,<br>by and through Nesim Bahar,<br>A Partner Other Than the Tax Matters Partner<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 07-625<br><br>Judge Mary Ellen Coster Williams |

**MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF OPINION OR, IN THE ALTERNATIVE, FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

Plaintiff respectfully requests that the Court grant Plaintiff leave to file a reply to Defendant's Response to Plaintiff's Motion for Reconsideration and Alternative Motion for Interlocutory Appeal. Rule 59(b) of the Rules of the United States Court of Federal Claims (the "Rules") provides that no response to any motion under Rule 59 may be filed unless requested by the Court. Rule 59 does not specifically address whether a party may file a reply when a response has been filed. In other circumstances, the Rules provide litigants with the right to file a reply to a response. Plaintiff requests relief so that he may be placed in the same position generally afforded to litigants under the Rules and so that Plaintiff may address arguments and misstatements contained in Defendant's Response. Plaintiff's proposed reply is attached hereto as Exhibit A.

Respectfully submitted this 12th day of September, 2008.

s/ N. Jerold Cohen

N. Jerold Cohen
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8038
Fax: (404) 853-8806
Attorney for Plaintiff

OF COUNSEL:

Lewis S. Wiener
SUTHERLAND, ASBILL & BRENNAN
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Tel: (202) 383-0140
Fax: (202) 637-3593

Amanda F. Wilson
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Tel: (404) 853-8150
Fax: (404) 853-8806

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Plaintiff's Reply to Defendant's Answer has been made on September 12, 2008 via the Court's CM/ECF system to:

David R. House
U.S. Department of Justice – Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
David.R.House@usdoj.gov

s/ N. Jerold Cohen
N. Jerold Cohen